**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANMAY KAR, ET AL.,<br><br>Plaintiffs<br><br>v.<br><br>VIMAL PATEL, ET AL.,<br><br>Defendants. | Case No.: 4: 23-cv-2064-YGR<br><br>ORDER VACATING THE PRELIMINARY INJUNCTION HEARING<br><br>Re Dkt. Nos. 13, 28 |

Plaintiffs Tanmay Kar and Profitpay Technologies, Inc. filed a motion for preliminary injunction. (Dkt. No. 13.) After the case was assigned to this Court, plaintiffs were asked to re-notice their motion. On May 24, 2023, they re-noticed it for May 30, 2023. Plaintiffs are reminded that they are in federal, not state, court and the Northern District of California's Civil Local Rules apply. Under Local Rule 7-2, motions must be noticed for hearing **not less than 35 days after filing of the motion.** Because this case was reassigned, the motion must be noticed for 35 days after May 23, 2023. For that reason, the Court **VACATES** the hearing currently set for May 30, 2023.

**IT IS SO ORDERED**.

Date: May 26, 2023

> YVONNE GONZALEZ ROGERS
> UNITED STATES DISTRICT COURT JUDGE