LAW OFFICE OF RESHMA KAMATH

Reshma Kamath, Cal. Bar No. 333800

700 El Camino Real, Suite 120, #1084

Menlo Park, California 94025, United States

Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com

Counsel for Plaintiff PROFITPAY
TECHNOLOGIES, INC. & TANMAY KAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROFITPAY TECHNOLOGIES, INC.; a corporation; TANMAY KAR, an individual, Plaintiffs,<br><br>Plaintiff,<br><br>v.<br><br>ALINOR HOLDINGS, INC. d/b/a ONRIVA, a corporation; JAYESH PATEL, an individual; VIMAL PATEL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-02064-YGR<br><br>[*Assigned to the Honorable District Judge Yvonne Gonzalez Rogers*]<br><br>DECLARATION OF TANMAY KAR IN SUPPORT OF THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS (MTD)<br><br>DEMAND FOR JURY TRIAL |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, HEREIN:*

## DECLARATION OF TANMAY KAR

I, Tanmay Kar, declare:

1. I'm the Plaintiff in this matter. I write this declaration in support of the Opposition to the Defendants' Motion to Dismiss. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify hereto.

2. *A well-orchestrated Investment scheme set up by Vajid Jafri and Jayesh Patel to artificially increase the value of Onriva while being secretive about everything*.

   a. A typical technology company secures small amount of capital to get started, then raises capital from Venture Capital Investros who understands risks and rewards and set various terms. Neither Profitpay nor Onriva raised capital from Institutional Investors. They not only raised a huge sum of $60-70 million but also raised from investors outside of Silicon Valley who would have never invested in any startup. The success in raising capital has led Jay to launch Monriva Capital suggesting that it would be a billion dollar fund all the while neither of these companies ever achieved anything close to what was promised to the investors in many news letters that were distributed over the course of last 3-4 years.

   b. *Onriva was never an investible company:* Except for some outliers most startups are founded by people who can have a long career to build the Company. Jafri of Onriva is already 73-year-old, way past his retirement and has no co-founder. This makes the Company to be not investible by typical institutional and VC investors. Jafri was introduced to Jay by Chase Harmer wherein Jay bought some of Jafri's shares in Mondee in a private sale which benefitted both. Jafri needed

the cash and Jay was looking for a deal. Even Profitpay invested in Jafri and there was a press release with picture of Jafri and Chase wherein Jafri was an adviser for Profitpay. Jafri's acquaintance with Jay and Profitpay led to all kinds of consequences that concluded with the most fraudulent securities transaction.

c. ***Onriva was meticulously dressed up to create an illusion of a great startup:*** Over 3 years ago Jafri has hired a few senior executives with good resumes and two board members with incredible background to create an impression of a great company instead of having any real customer traction. Great early-stage startups have very few executives and a board that consists of 1-2 outside investors. Onriva's set up is a typical of companies who promote investment scheme with little to no substance.

d. **Raising money from investors who know nothing about investing in tech was the clear motive:** Most early stage startups that have no revenue and are not in one of the hottest sectors such as security software, fintech or AI, typically secure $1-5 million in seed money at first at $8-15 million valuation and once they start generating $500k-2 million in annual recurring revenue raise $10-30 million in series A investment at $30-50 million valuation while the valuation is set by a lead investor who typically leads the round with 60-90% of the total amount raised in that round. In most cases while the valuation is not disclosed the Company announces the financing and is captured in widely available private company platforms like Crunchbase. Onriva has raised $45 million based on what I heard from Jafri out of which $35 million at $135 million valuation when the Company was just selling dreams with no revenue. Money was raised by Jay from 400 or may be 600 investors including many who are investors in Profitpay.

These investors were fed with lies after lies in all the newsletters as opposed to proper financial statements and plans. There was no representation from the investor group in the Board.

3. ***Investment Fraud of Bernie Madoff scale:*** Jayesh Patel (Jay) is on his journey to become a Billionaire not by building a company or being an investment banker but merely a finder of money; and if successful he can make Bernie Madoff a rookie. Bernie Madoff raised money from very rich, and sophisticated businessmen who were not his relatives. Jay on the other hand has been able to convince nearly every person that he knows from family members to business associates and community members to invest while organizing them under multiple LLCs as in Profitpay and Onriva. Extraordinarily talented and gifted people can only leverage the ability to speak well, write well, and draw empathy necessary to defraud a community at large. Bernie Madoff did it so as Elizabeth Holmes. I'd not be fighting for this unless I believed that if this is not prevented then this could be one of those cases. It is no joke that about 600 or so people, most with same last name put in $50-60 million into the two companies.

.

4. **Insurance Fraud**. As I have written in prior declarations, Chase Harmer, the former CEO told me in my first in person meeting at his house as if he was going to Jail for 15 years would have come true had he not defrauded the insurance company while colluding with Jayesh Patel to hide the truth.

   a. While Jay was the Board member, Chase filed a huge claim for $2.0 million which it paid later for the DUI accident fraudulently stating it occurred while returning from a business meeting. Profitpay could not secure any insurance because of this claim and hence creates a lot of issues for the Company to even operate.

   b. Chase Harmer has made an affidavit with the police stating that his wife

Shelby Manly was the Board Member and he was meeting her for business. He stated in his affidavit …" I talked with Shelby about her role as a board member and her input with the second quarter newsletter. We also discussed potential clients/ contracts and anticipated merger with Profitpay we were anticipating with PayCertify. These discussions took up the remaining balance of the dinner." One must read this affidavit to see how made up it is.

   c. Shelby Manly is a real estate agent and had nothing to do with Profitpay. When I brought up that name in some calls with Jay, he gave me the impression that he did not know her. And yet, Shelby has told me that she has met with Jay and his relatives along with Chase.

   d. According to the Court filed divorce case between Chase and Shelby, Chase has moved money from Shelby's account to the Company none of which has been reviewed, noted or accounted for in any of the Company Board minutes.

5. **The Ponzi Scheme Investment Fraud:** Based on my research Ponzi Scheme is defined as : A Ponzi scheme is an investment fraud that pays existing investors with funds collected from new investors. Ponzi scheme organizers often promise to invest your money and generate high returns with little or no risk. But in many Ponzi schemes, the fraudsters do not invest the money. Instead, they use it to pay those who invested earlier and may keep some for themselves." Investments made in Profitpay and Onriva fits this narrative. Jay has told the investors about liquidity time and again through Newsletters. Unproven businesses that have promise to pay the existing investors can only do so through illegitimate investments secured from new investors. Successful companies go public or raise huge capital from large investors and along the way offer partial liquidity to prior investors.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Jayesh Patel has known and done business with Chase Harmer, the founder of Profitpay from 2005 onwards. Chase had nothing but a troubled background which included multiple DUI arrests and a petty theft as summarized below.

| | |
|---|---|
| 2021 - 06 - 13 | DUI Felony, $2.0 million paid fraudulently under company insurance |
| 2014 - 06 - 20 | 1 Count intoxication drug/alcohol |
| 2013 - 07 - 29 | 1 Count DUI with 3 years probation; 40 days in jail |
| 2007 - 09 - 05 | 2 Counts driving with suspended license; 002 years of probation |
| 2007 - 04 - 05 | 2 Count Arrested for DUI Alcohol; 003 years probation, 010 Days in jail |
| 2002 - 11 - 15 | 1 Count Petty theft resulting in 1 years of probation and 4 days in Jaul. |
| 2001 - 03 - 13 | 1 Count DUI Alcohol, 008 Days Jail |
| 2001 - 01 - 07 | Arrested for DUI with 2 counts of misdemeanor resulting in 003 years of probation and 006 days Jail |

Chase advised Jay to invest money in some startups like Facebook at early stages. Jay made some serious money not only from those investments but also from some side deals with Chase wherein he would switch the payment processing to go through Chase's company and make commission kickback. Jay along with 5 other close friends, family members and business associates of Athena Hospitality Group bought 60% of the company for little investment in 2016. 3 years later in 2019 Jay set up the valuation to be $25 million for the Series A stock and no single large investor had anything to say with the valuation. This was the onset of a Ponzi scheme indicating that he and the others increased value by 25 times. During this time the Company operated as anything but a technology startup. There was no governance, no board minutes, no plans, no real established team and no real proof of anything. With that he was successful in raising $10 million from 100+ investors (2019), takes huge fees as commission, then after a year sets valuation 100 times than at the beginning (2020), raises more money from same investors and 130 or so more; collect more fees all the while there was not much working or happening in the Company. There was no lead investor who had the opportunity to evaluate

independently to set value for the Company. Instead, used pressure techniques to sign up people suggesting that they would miss once in a lifetime opportunity. While there was no material evidence of real success, Jay Patel goes on to raising money for Alinor Holdings from the same set of investors and others from the same community at $135 million valuation all the while promising lofty returns just what he did at Profitpay. Along the way he directly communicated with the investors with newsletters full of lies without ever disclosing real clear financial information. Along the way Jay has tried to keep a clean face as if everything was going great by lying to people directly and paying off some people using his money or company money. No one knows what else he might have done. To be able to gain control and deal with noise so that nothing surfaces he has created multiple legal entities and moved people there so that he could claim to be the managing member and never have to seek individual investor approval.

Jay Patel put in very little money along with some of his close associates and other Board members at over 90-95% discount because the CEO of Profitpay was naive and was just a sales guy. So for about $600k he and his group took 60% of the Company at about $1.0 million pre money valuation in 2016. At that time unlike most seed stage startups the Company was generating revenue and it had a business agreement with Titanium that dated back to 2005 which gave some solid foundation. Seed stage fintech companies are valued typically in the 4th quartile of valuation range which is typically at about $15-20 million back in 2016 and later in $25-30 million.

Typically when companies are operated with capital invested from the outsiders the Board ensures that the Company has an operating plan and no going concerns meaning the Company could have cash to operate for at least 12

months and ideally 18-24 months. The Company adjusts budgets and plans to operate diligently so that the Company remains solvent and continues to grow. Growth in valuation ties to several things: revenue, gross profit being one the two major factors besides growth.

In case of Profitpay Jay being the Board member and intermediary to raising capital got busy executing  on his plans to become a Billionaire and clearly had his mind set to do what he ended up doing in late 2022, opened up Moriva capital to raise $1.0 billion + funds without a broker dealer license. That is the only way he could become a Billionaire. Jay Patel told Tanmay that based on these deals that he has made he would be a Billionaire and he would have no problem paying back people. He perpetrated lies, used help from the associates to focus on drafting NewsLetters that could hide the truth, signal strengths and confidence and overshadow even the terminal events such as the DUI arrest of the CEO as if nothing has ever happened. His lies were not just some misstatement or overstatement but magnified by 1,000 times which I doubt if the characters like Bernie Madoff did that to their investors.

It is just hard to wrap around anyone's head on what transpired here and how Jay could convince 100s of people to invest.

Here is an example of how tech companies are typically valued vs. what happened at Profitpay.

**Typical average to okay startup tech company in Fintech space**

|  | Seed | Series A | Series B |
|---|---|---|---|
| Valuation | $20-30 million | $40-80 million | $60-150 million |
| Revenue | $0-1 | $1-5 | $10-30 |

|  | milion/year | million/year | million/year |
|---|---|---|---|
| Runway (times monthly burn) | 9-12 months | 18-24 months | 24-36 months |

**Profitpay**

|  | Seed/ 2016 | Series A/ 2019 | Series B/SAFE / 2020 |
|---|---|---|---|
| Valuation | $1 million | $25 million | $100 million |
| Revenue | $0-1 milion/year | $1-2 million/year | $1-2 million/year |
| Runway (times monthly burn) | 3 years | Random/ 6 months/ No plan. Boy's club operations | Random/ 6 months/ no plan. Boy's club operations |

With little or no legitimate earnings, Ponzi schemes require a constant flow of new money to survive. When it becomes hard to recruit new investors, or when large numbers of existing investors cash out, these schemes tend to collapse. Many Ponzi schemes share common characteristics including the following warning signs:

a. ***High returns with little or no risk.*** As per the numerous examples and exhibits I have provided before Jay has consistently communicated to the investors up to 100x return at times in a very short period.

b. ***Overly consistent returns.*** Economy has gone up and down so as company's risk level both at Onriva and Profitpay and yet never ever Jay or Jafri have gone to people to raise money at a lower valuation. A million, 10s of millions, 100s of millions is how the valuation of Profitpay and Onriva has changed over time with the expectation to exit at billions.

c.  ***Unregistered investments.*** Ponzi schemes typically involve investments that are not registered with the SEC or with state regulators. Registration is important because it provides investors with access to information about the company's management, products, services, and finances. Neither of the investments in Onriva and Profitpay required registration

d.  ***Unlicensed sellers.*** Federal and state securities laws require investment professionals and firms to be licensed or registered. Most Ponzi schemes involve unlicensed individuals or unregistered firms. Jay's operations that involve his associates and relatives meet such narrative. I believe Jay has used the network within the Leva Patel Samaj to communicate to 1000s of people so that he could get 600 or so investors by having several small group leaders.

e.  ***Secretive, complex strategies.*** Neither of these companies have provided real clear GAAP compliant financial statements and when asked avoided the question suggesting that small companies are not required to furnish financial statements. Further each of the News Letter has shifted the business narrative from one thing to the other with no proof of any real accomplishments.

f.  ***Issues with paperwork.*** Account statement errors may be a sign that funds are not being invested as promised.

g.  ***Difficulty receiving payments.*** Ponzi scheme promoters sometimes try to prevent participants from cashing out by offering even higher returns for staying put. This is exactly what Jay and Jafri are trying to accomplish by moving investors from Profitpay to Onriva.

6. **Defrauded 230 or so individual investors at Profitpay.**

Jay raised money at an astronomically high valuation pressuring people to invest by providing false information, lied to them about the Company's prospects all along with false newsletters and later he ignored the securities law including the change of control automatic conversion provision in SAFE agreement. The implied value of SAFE investors to be at minimum $3.42 (roughly 4x of $0.83 cent at Series A of $25 million to $100 million valuation cap) to $0.022 cent if they were to issue the shares at the same value. Instead, he just issued himself 80% of the Company and passed a Board resolution suggesting none of those stuff matters. There was no prior discussion, no shareholder vote and no actual steps to even make that effective while acting himself with no executive responsibility in the Company. Jay was a non-Executive Board member along with two other family members. This was done over 5 minutes of conversations with me without any due process and healthy arguments and counter arguments.

   a. The transaction that he proposed and fraudulently executed by Jay and Jafri cannot be simply done because of the SAFE conversion feature. On a post money basis, Jay would get at most get 24.42% of the Company even if we were to agree to his proposal. See below the illustration.

| | Investment | Price/share | Shares | |
|---|---|---|---|---|
| Outstanding Shares | | $0.830 | 33,500,000 | 6.10% |
| If Jay were to get 80% of the Company | $3,000,000 | $0.022 | 134,000,000 | 24.42% |
| | | | 167,500,000 | |
| SAFE must be converted at same price | $8,535,908 | $0.022 | 381,270,553 | 69.48% |
| | | | 548,770,553 | |

b.  Jay and Onriva's attempt to do the deal essentially discounted the value of the cash flow from recurring streams of revenue from about 200 customers and the CEO's vision and plans to "zero". This is nothing but a real clear act of stealing the assets of the Company through a cooked-up scheme to benefit a group of related parties.

c.  Profitpay is a profitable company with no threat to its existence in sight. The Company has no going concern issues meaning the cash in hand and the expected cash receipts from the customers is enough to operate the business for more than a year. A proposal like this needed to be discussed and understood even if the Company were to act on it. Instead this was a conspired scheme to move over the problems to Onriva and sell them the dream of liquidity while benefitting Jay individually and Onriva with PR stunt.

d.  Notwithstanding the promises and plans, Onriva is a failed 7-8 year old startup that is burning an estimated  $1-2 million dollars a month. It certainly does not have cash on hand as of the date of the proposal which is why it is desperate to secure an investment as opposed to being able to acquire a company. So, no one knows what is the real worth of the shares that the Profitpay investors would get. Per the Board motion that Jay passed, current shareholders will get about 120,000 shares of Onriva. This would mean the investors who have put in their hard-earned money will get about 50,000 or so shares since Jay and his related parties and the others have about 60% of the shares. What these 50,000 shares are worth is a big question. No one knows. It could be worth as little as $50,000 or whatever. Based on current findings of lies

and deceit from the communications that Jay has sent out Onriva's shares are worth nothing, particularly if those shares are common shares. Suggesting that the investors of Profitpay would get liquidity by moving one security to the other is a security fraud of highest degree while proviing no proof whatsoever.

e.  It is simply incomprehensible that at Profitpay Jay has taken 25% fees from people while being a significant shareholder of the Company and a Board member. Typical finder fees are 1-3% on large sums of cash raised from investors and 3-5% on small sums of cash for small amounts.

f.  Defrauded at the time of raising Series A round: Series A deck was full of lies including a case study of Onriva which was just lies and is considered a wire fraud. This was not done by an outside agency by a Board member. This was not a projected figure but reported as an actual number. **"CASE STUDY: Our client Onriva is processing an average of $30,000,000.00 per month with an average ticket of $500.00 and is receiving a rebate of 2.2% which translates to a MONTHLY SAVINGS of more than $660,000.00 each and every month or more than $8,000,000.00 per year in additional revenue added to their bottom line."** For the above statement to be right Onriva needed to have that amount pass through its gateway and Onriva would be making $7+ million in annual revenue. Onriva did not even release its product till 2022, 3 years after the series A deck. Jay was on both sides. No sane person would put money in a company absent these lies. My interpretation of law is that this is not some puffery, an

overstatement or omission but calculated and direct lies as is in all the Newsletters to seek capital, suppress concerns and continue to raise money.

g.  Jay lied and forced people to invest in the Series B safe setting a valuation by himself as opposed to any lead investor carefully crafted as SAFE to indicate the actual valuation could be well above the $100 million valuation cap. He has used catch phrases "astronomical rate", "moving aggressively", and "Billion" used typically to hide the true state of business and suggest everything to be great and glorious.

i.  On March 10, 2020, at 10:46 PM Jay sent out an email to people in his community, a stunning piece of email collecting 25% of commission and securing millions of dollars of investments from 100+ investors while raising capital. ***".... We are moving very aggressively and will see a turn in positive direction at an astronomical rate starting April 1, 2020 with revenue expected to surpass $200M+ by end of this year with a valuation of the company to at least $1 B(billion) by end of 2020."***

ii.  Everything in that newsletter in general and in the above sentence in particular was lies. At that time the Company had barely a few months of runway, failed against all promises it made to Series A investors about a year before and net revenue was well under $100,000 a month not significantly higher than in 2016 when he valued the Company at $1.0 million.  Now he was raising money from these investors at 100 times the valuation and 4 times the valuation at which the Company invested before a year. There was no lead investor and there was no one who

could vet any of the claims he made. Instead, he sent this email to all 100 or so series A investors and the Patel community of 1,000s of hardworking non Silicon Valley based people who know nothing about investing in small private tech startups. In his email he claimed the Company would be valued at least $1.0 billion and revenue be $200 million by end of that year. The company was no where near doing even $2.0 million revenue that year, not even 1%.

iii. Jay did not stop there, and instead amplified his lies further in the following sentences in the same email increasing the valuation to $2-4 B exit in 2.5 years. **"...Series B is being offered at a $100M valuation giving investors an opportunity to capitalize on $2-4 B exit strategy in 2.5 years."**

iv. Without any details on use of funds he directly lied on a broad stroke summary on use of proceeds by suggesting as if the money was going to be used as reserve to show strength of the Company. ***".. The capital raise is for cash reserves needed to process $100's of millions of dollars of transactions flowing through our gateway and need to show liquidity and strength with US bank."*** The Company around that time like at all the other times has raised money and burned very randomly between $500k - 1 million a month while needing to fund the operations every month. The money that was raised was never kept in reserve.

v. Instead of cautioning against the risks and, yet he also said this to accelerate fund-raising, by-passing diligence questions and have innocent small investors just write checks which they did. He just instructed people to fill out the forms without including any

financial statements and allowing any reasonable time to do any sort of diligence. ***"There is NO guarantee that you will get the opportunity as space is very limited but will do our best to accommodate"***.

h.      Investors were defrauded through lies to invest. For example, while collecting funds investors were asked to fill out a form with a note that reads like this "***Series B1A LLC is a $20M capital raise and is limited as a large portion of it has been committed by other institutions. The minimum investment is $50,000 and increments of 25,000. We are collecting individual interest levels and their desired investments at this time. The investment will have to be filled in the next couple of weeks."***

    i.      No institutional investors invested in Series B1 SAFE and the amount that was raised was less than 15% of the $20M that was stated. This puts the investors' money at risk. I have not found any evidence of term sheet or institutional investor discussions to believe that any institution investor would be even interested in having a conversation.

    ii.     The money that was raised is just a bridge money to support for few months and it was very clear that there was no institutional investors agreed to be investing. The former CEO sent an e-mail to one of the executive on November 12, 2020 stating " ***Right, after we get tomorrow situated and money in, we need to focus on these meetings with Steve's guys to get the 7M in process cause that will take some time and the 3M Jay is raising won't last for that long"***.

    iii.    Series B1 was completed around November 2020 with a wire deadline set for November 16, 2020. Money was wired to the following Beneficiary where Jay was the Managing Member and had control on fund flow. Beneficiary Name: Paycertify Series B1A LLC

Bene's Address: 6000 Murray Lane, Brentwood, TN 37027
Bene's Bank Name: Bank of America
Bene's Bank Address: 133 Franklin Road, Brentwood, TN 37027
Routing #| ABA Code: 026009593
Bene's Bank Account#:444018055085
Bene's Bank Swift Code: BOFAUS3N
Bene's Bank Acct Type: Checking
Bene's Bank Ph#: 615-791-3525

7. Jay, Onriva, Jafri defrauded by Profitpay's existing investors lying on the newsletters and I believe by telling lies on many calls he has hosted. Please refer to my prior declarations with a number of exhibits substantiating my assessment of lies.

    a. Defrauded by seeking investment from Series A investors to participate in subsequent rounds of funding and funding with a valuation cap that was 4 times more than the Series A round while the Company was always running on the edge with no money to operate beyond more than few weeks or few months.

    b. Defrauded by seeking investment from Series A investors in a Onriva, a related entity while knowing clearly how messed up the situation with Profitpay has turned out.

c. Defrauded by not talking about the CEO was in jail and instead fraudulently spread acquisition and potential investment news to suppress investor concerns.

d. Defrauded by passing a resolution without CEO approval to sell assets of the Company which would give him and his related parties about 90% of the Company. If done legally and with proper process, he would have to be issued shares to himself at about 2.2 cents vs. the Series A price of 83 cent.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on August 27, 2023 in Hayward, California.

///

**DATED: August 27, 2023**                    _____

                                        **TANMAY KAR,**

                                        **PLAINTIFF**

**PROOF OF SERVICE**

**F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On August 28, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**DECLARATION OF TANMAY KAR IN SUPPORT OF THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS (MTD)**

///

**ELECTRONIC SERVICE**

In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on August 28, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| MICHAEL W. STEBBINS, SBN 138326<br>MARC G. VAN NIEKERK, SBN 201329<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 573-5700<br>Facsimile: (408) 573-5701<br>Email: mws@svlg.com; mvn@svlg.com | Attorneys for Defendants ALINOR HOLDINGS, INC. d/b/a ONRIVA, JAYESH PATEL, DEVESH PATEL, and, VIMAL PATEL |

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On August 28, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**DECLARATION OF TANMAY KAR IN SUPPORT OF THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS (MTD)**

///

**USPS MAIL SERVICE**

Via United States Mail: I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on August 28, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| VAJID JAFRI,<br>1065 E. HILLSDALE, SUITE 215<br>FOSTER CITY CA 94404<br>United States | Via USPS MAIL SERVICE<br>Defendant, *In propria persona* |