1  LAW OFFICE OF RESHMA KAMATH
2  Reshma Kamath, Cal. Bar No. 333800
3  700 El Camino Real, Suite 120, #1084
   Menlo Park, California 94025, United States
4  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
5  Counsel for Plaintiff PROFITPAY
   TECHNOLOGIES, INC. & TANMAY KAR
6

7               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8                    OAKLAND DIVISION
9

10 PROFITPAY TECHNOLOGIES,           Case No.: 4:23-cv-02064-YGR
   INC.; a corporation; TANMAY KAR,
11 an individual, Plaintiffs,        [*Assigned to the Honorable District Judge
                                     Yvonne Gonzalez Rogers*]
12
              Plaintiff,            EXHIBITS 1 TO 23 IN SUPPORT OF THE
13                                  PLAINTIFFS' MEMORANDUM OF
              v.                    POINTS & AUTHORITIES IN SUPPORT
14                                  OF THE OPPOSITION TO THE
   ALINOR HOLDINGS, INC. d/b/a      DEFENDANTS' MOTION TO DISMISS
15 ONRIVA, a corporation; JAYESH    (MTD); REQUEST FOR SANCTIONS OF
16 PATEL, an individual; VIMAL      $10,500 AGAINST DEFENDANTS'
   PATEL, an individual; VAJID JAFRI, ATTORNEYS MARK SEBBINS AND
17 an individual; and DOES 2-10,    MARK VAN NIEKERK
18 inclusive,
19                                  HEARING:
              Defendants.          DATE: SEPTEMBER 19, 2023
20                                  TIME:  2 P.M. PDT
21                                  DEP'T: COURTROOM 1, 4TH FLOOR
22
23
24
25                                     DEMAND FOR JURY TRIAL
26

27     TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS
28 OF RECORD, HEREIN:

                                    1

**EXHIBIT 1**

Dear Tanmay,

Effective January 1, 2022 you will Profit Pay's new CEO. You will join the Company's Board of Directors and be appointed as the Chairman of the Board. You will report to the Company's Board of Directors.

The following are the changes to your offer letter that you signed effective 12/1/2021.

1. Your base salary will remain unchanged per the offer letter and be reviewed after there is a significant financing event.

2. Your bonus will be increased to 50% and be paid as long as the Company's quarterly financial results which include revenue, net burn and cash balances are over 80% of the board plan.

3. You will receive 10% of the common equity as stock options instead of 4% and the Company will allow you to early exercise those options with an interest free loan amount equal to the exercise price. You will execute the customary restricted stock option agreement.

4. In case of involuntary termination without cause you will receive one year of salary, bonus, benefits and stock options.

Sincerely,

Chase Harmer

# EXHIBIT 2

DocuSign Envelope ID: 6652DBEA-C867-4512-A9A7-610B51EE0800

**ProfitPay**

November 21, 2021

ProfitPay Technologies, Inc
100 N. Sierra Street, Reno, NV 89501

<u>Offer of Employment</u>

Dear Tanmay Kar,

We are excited to extend to you a position of Chief Financial Officer at ProfitPay. We are confident that it will be a mutually satisfying and rewarding relationship. The following represents the terms of our offer:

The Start Date of this Salary: **December 1st, 2021**
Title: **Chief Financial Officer**
Compensation is **$250,000** calculated annually, paid bi-weekly via direct deposit; increase to $300k after 90 days or the next funding event
30% base salary Bonus will be based upon performance
Track and record a minimum of 45 hours per week, which will be averaged monthly
Hours are generally 8/8:30am - 5/5:30pm **Pacific Standard Time**
Eligible for health, vision, and dental benefits after **30 days – ProfitPay covers 50%**
New hire paperwork, including W-4 and I-9 forms will be provided on your employment start
3 months salary as severance payment in case of termination as follows: 0 severance for first 90 days. Each month employed thereafter will accrue 1 month of severance. (not to exceed 3 months severance)
Directly Reporting to **Chase Harmer, CEO**

**Stock Options:**
- 3% of total share allocation
- 1% equity bonus contingent on $100M raise
- Option to gain additional stock options after year 1, year 2, etc. based on performance
- Vesting schedule - 4 years with a 6-month cliff - then vesting monthly
- If an acquisition or ipo occurs, share allocation will be granted once the transaction is finalized and shares accelerated
- After vesting period, you will receive 2% every month
- Strike price is TBD mid-late November 2021

DocuSign Envelope ID: 6652DBEA-C867-4512-A9A7-610BF51EE0800

ProfitPay

Tanmay,

We hope and believe that your relationship with ProfitPay will be a long and mutually satisfactory one. Your employment with the ProfitPay is employment "at will," and both you and the ProfitPay have the right to terminate your employment at any time, with or without cause. Also, the terms and conditions of your employment, including but not limited to compensation and responsibilities, may be changed at the ProfitPays discretion. But we will always discuss first.

This letter agreement contains all the representations and promises made regarding the terms and conditions of employment. This will confirm that you are not entering into employment in reliance on any promise other than those contained within this letter. If this letter meets with your approval, please sign it, and return it to my attention no later than November 19, 2021.

We are looking forward to you joining the ProfitPay Team! Please let us know if there is anything we can help with or facilitate in the meantime.

Please indicate your acceptance below and return this to me via email, or simply email this back to me with a note that you accept the terms of the attached offer.

**Employee**

Signed: _____
DocuSigned by:
*Tanmay Kar*
E2223F13E3E747D...

Name: _____
(Print)
Tanmay Kar

Date: _____
11/21/2021

**ProfitPay**

By: _____
DocuSigned by:
*Chase Harmer*
EBC14E0AE9DE42C...

Name: Chase Harmer
(Print)

Title: CEO

Date: _____
11/21/2021

DocuSign Envelope ID: 6652DBEA-C867-4512-A9A7-610B51EE9800

**ProfitPay**

### Agreement to Arbitrate Disputes

Agreement to Arbitrate Disputes ProfitPay believes that arbitration is a speedy and cost-efficient way to resolve issues that may arise in the workplace for the benefit of all parties concerned, and therefore seeks to resolve any disputes through a neutral, third-party arbitrator.

1. I acknowledge that my employment with my ProfitPay is at-will, shall be for no specific duration, and may be changed or terminated at the will of the ProfitPay. Both I and ProfitPay have the right to terminate my employment at any time, with or without cause or notice. I understand that employment at-will is the sole agreement between myself and ProfitPay concerning the duration of my employment. It supersedes all prior agreements and representations (whether written or oral) concerning the duration of my employment with ProfitPay and/or the circumstances under which my employment may be terminated. My employment-at-will status may only be changed in a written document signed by ProfitPay.

2. I and ProfitPay agree to utilize binding arbitration as the exclusive means to resolve all disputes that may arise out of or be related to my employment, including but not limited to the termination of my employment and my compensation. I and ProfitPay specifically waive our respective rights to bring a claim against the other in court of law, and this waiver shall be equally binding on any person who represents me or ProfitPay in a lawsuit against the other. Both and ProfitPay agree that any claim, dispute, and/or controversy that I may have against me, shall be submitted to and determined by binding arbitration under the Federal Arbitration Act ("FAA"), in conformity with the procedures of the California Arbitration Act (Cal. Code Civ. Proc. sec 12820 et seq.) The parties recognize and agree that due to the nature of ProfitPay's business and its effect on interstate commerce, this agreement is governed by Federal Arbitration Act.

3. Included within the scope of this Agreement are all disputes, whether based on tort, contract, statue (including, but not limited to, any claims of discrimination, harassment, and/or retaliation, whether they be based on the California Fair Employment and Housing Act, Title VII of Civil Rights Act of 1964, as amended, or any other state or federal law or regulation), equitable law or otherwise. The only exception to the requirement of binding arbitration shall be for claims arising under the National Labor Relations Act that are brought before the National Labor Relations Board, claims for medical and disability benefits under the California Workers' Compensation Ace, Employment Development Department claims or as may otherwise be required by state or federal law. However, nothing herein shall prevent me from filing and

**ProfitPay**

pursuing proceedings before the California Department of Fair Employment and Housing, or the United States, Equal Employment Opportunity Commission (although if I choose to pursue a

claim following the exhaustion of such administrative remedies, that claim would be subject to the provisions of this Agreement).

4. All Claims brought under this binding arbitration agreement shall be brought in the individual capacity of myself or ProfitPay. This binding arbitration agreement shall not be construed to allow the consolidation or joinder of other claims involving other employees or permit such claims to proceed as a class action, collective action, private attorney general action or any similar representative action. No arbitrator shall have the authority under this agreement.

5. To order any such class or representative action. By signing this agreement, I am agreeing to waive any rights that I may have to bring an action on a class, collective, private attorney general, representative or other similar basis.

6. I acknowledge that this agreement is not intended to interfere with my rights to collectively bargain or to exercise other rights protected under the National Labor Relations Act, and that I will not be subject to disciplinary action of any kind for opposing the arbitration provisions of this Agreement.

7. The arbitrator selected shall be retired California Superior Court Judge, or qualified individual to who the parties mutually agree, including a proceeding administered by JAMS's (see JAMS's rules for the resolution of employment disputes in San Diego, California, which may be viewed online at "http://www.jamsdr.com/rules-employment-arbitration.") Further, the arbitrator shall be subject to disqualification on the same grounds as would apply to a judge of such a court. All rules of pleading, all rules of evidence, all rights to resolution of the dispute by motions for summary judgement, judgement on the pleadings, and judgement under code of Civil Procedure Section 631.8 shall apply. All communications during or in connection with the arbitration proceedings are privileged in accordance with Cal. Civil Code Section 47(b). Awards shall include the arbitrator's written reasoned opinion. Resolutions of all disputes shall be based solely upon the law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis other than such controlling law. **Again, nothing in this agreement prevents you from initially submitting a dispute to the Department of Fair Employment and Housing, the EEOC, the California Labor Commissioner, or the National Relations Board, if and as required under applicable law.**

8. This is the entire agreement between myself and ProfitPay regarding dispute resolution, the length of my employment, and the reasons for termination of my employment, and this agreement supersedes any and all prior agreements regarding these issues. Oral representations or agreements made before or after my employment do not alter this Agreement.

9. If any term or provision, or portion of this Agreement is declared void or unenforceable it shall be served, and the remainder of this Agreement shall be enforceable. Make sure you have read and understand the foregoing. By signing this arbitration agreement, both you and ProfitPay agree to waive the right to a jury and instead resolve any disputes before a neutral third party under the applicable rules.

**Signature:** _Tanmay Kar_
E2223F13E3E747D...

**Name:** Tanmay Kar
(Print)

**Date:** 11/21/2021

# EXHIBIT 3



Jayesh (Jay) D. Patel | Chief Executive Officer
Athena Hospitality Group
4756 Houston Rd, Florence, KY 41042
O – 615-214-9089 Ext 120 | M – 615-414-3009
E – jay@athenahospitalitygroup.com
athenahospitalitygroup.com

### Statement of Confidentiality:

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

---

**Tanmay Kar** <tanmay@profitpay.com>                                                                Tue, Apr 18, 2023 at 5:27 PM
To: Jayesh Patel <jay@athenahospitalitygroup.com>, Shree Guru Dutt LLC <vince@athenahospitalitygroup.com>, Devesh Patel <devesh@athenahospitalitygroup.com>

Jay, Vince and Devesh:

This asset purchase transaction is the terminal event for the Company for all practical purposes so much so that if executed I do not see who pays my salary and severances. I'd love to find a way forward for us to work together. I'll be happy to see a proposal paying my full severance, remaining payroll liabilities and pay for the transition period if needed any. I must warn you that there are 200 agents in Titanium that are snooping around for any sense of chaos somewhere so that they can gobble up the customers.

I am not going to be attending today's board meetings and refraining from looking at whatsapp messages.

I am not comfortable working with Onriva given what I discovered while digging through all of Chase's email. Both Onriva and Profitpay quarter after quarter over promised and under delivered. I had no other way to evaluate Onriva's track record. The Newsletters were both edited, reviewed and distributed by you with facts, figures, projections and promises that are far from being overstated. They were just wrong. You sent out these Newsletters to the Shareholders including the one in July 2021 stating that the Company got acquired where in fact it was a domain name change. In the same Newsletter in a month where the ending bank balance was only $327.00 (Three hundred twenty seven dollar) we stated to the shareholders that the Softbank was in investment discussions for $1 billion. There is a huge exposure here for everyone and now the risks shifts to Onriva unless proven otherwise.

You are forcing emergency board meetings and introducing nuances that in my assessment are not in the best interest of the Company. It certainly does not serve the interests of all the shareholders. It benefits disproportionately all of you directly or indirectly since Jay is a related party to both you Vince and Devesh. Last 48 hours has been very stressful, I have not slept or eaten well while digging through all the history of the Company and thinking through all the nuances. You have paralyzed my ability to operate by calling board meetings, coming collected and prepared to force a decision, drafting minutes, and asking me to sign. Given the dynamics and the turn of events there is no point of me attending these meetings or signing the minutes. I just appointed a Counsel to deal with this and yet he cannot start working unless I send him a retainer of $5k. If you approve me to pay him then I will have him run a process to complete the transaction. I still need to independently negotiate on behalf of all shareholders the deal terms first with Onriva and then with you. Otherwise this is a just a related party transaction with no checks and balances.

Selling of 80% of the Company to a Board member, insider, and managing member of a large constituents of 225 investors while having no tangible impact on the Company's business operations of a Company that is neither distressed nor in any crisis does not make any sense to me whatsoever. So if this is just to facilitate a transaction why not make this as two separate transactions. You go invest $3 million in Onriva and the Company sells the assets separately. Why this has to be together? And then what is the rush? Why this has to be done in a hurry without adequate time for proper discussions, shareholder votes, and real clear understanding. To keep yourself from trouble and Onriva from trouble why not you stay away form negotiating terms with yourselves since you are a related party on both the transactions on both sides. I have been the last minute recipient. I am sorry I cannot do this. This is not good for anyone.

I firmly conclude that the sudden proposal you made and passed a motion on Sunday is highly troubling. Your proposal rendered the value of the steady and profitable revenue stream that the company has to zero. You gave me no time to brainstorm, discuss and understand. Now that I have done the math I get it. It is simply 80% of the total cash being moved to Onriva estimated at $3.75 million. As I pointed out this Sunday, Titanium has made a mandatory conversion in its partnership operating agreement to buyout the residuals at 84 times monthly residual amount which at current run rate is about $6.0 million. So the way I see it, the current shareholders are getting "$0" value for any of this and the other estimated value that comes from having a CEO as me, ideas, plans  and year long relationships not to mention steady flow of few large customers from Mastercard as a channel partner every year going forward.

The biggest trouble I have is with the math. For simplicity let's say the value of the equity that we get for is $12 million. Now the value of your equity for $3.0 million cash will be $9.6 million (80% of $12 million) suggesting you appreciated your investment by over 3.2x by just signing the documents and even before the cash being put into the Company since you will be writing a note. WOW... I bet every one who could write a check would like to do that. Flip side is that the investors and shareholders in Profitpay collectively get $2.4 million (20% of $12 million)  taking a 80-90% hit on their investment. Sure there are future promises of return and exit. I like you to make me understand how do you think this is fair deal.

There is a lot to digest and understand in these documents that Steve sent, a lot of which I need counseling on, review and guidance from a Company appointed counsel. I like the Counsel that I have appointed review these documents and lead us in the right direction. You can have your lawyers, Onriva can have their lawyers and we need to have Profitpay lawyers. Because of the conflict of interest since all of your related parties no one other than me should run point on this. I have provided a Proforma cap table and share distribution to you 2 months before and walked Steve over two weeks ago. This

dramatic change that you are getting shares at fraction of the last round while even the SAFEs are not even converted makes it hard to wrap my head around. I will refrain from communicating with Onriva until all of you step aside and let me execute and I promise to do what is in the best interest of all the shareholders and not just one or few of the shareholders.

One last thing is that I cannot morally, logically and ethically evaluate what is that our shareholders are getting in exchange. Early stage valuation is all a gamble. I have seen no financials from Onriva and you Jay have misstated tickets sales as revenue and argued with me subsequently agreeing that yes those were ticket sales while continuing to defend that they make 10% not about 5% as Jafri answered my direct question. I also provided my assessment on their GAAP revenue to be under $1 million last year and expected to be $2-3 million based on what I saw on the charts while reviewing the charts and graphs with Mike. Again, see how all of this goes back to conflict of interest you being all sides of the equation. It is hard to evaluate and question objectively and express independently when one is on both the sides.

I'm the agent of record and the recipient of numerous awards last year. So there is a serious goodwill. If I am forced to simply leave because I'm not paid my dues then the customers could flee. There are a million compliance issues to be worried about right at this moment that I planned to work on today but I could not given all the tensed situation surrounding all of this.

One last thing, you and Vince clearly promised to invest $1 million regardless performance and another $1 million based on performance which you never did.

There are some attachments. I beg you to pause, think and do what is just right. Forcing a terminal event for the Company is not the way to do it. I cannot take this stress that you all have put me through. Enjoy your meeting, again I'm sorry that I see no point of being present.

Thank you,
Tanmay



**Jay Patel**

Hi Tanmay,
  I had a length conversation with Jafri today. They are on fire with 400% revenue growth year after year. Their run rate is $30M this qtr and $60-$65M projected by next quarter.

They bought in an investment banker who has given a time line of late Q3 for P/E or strategic partnerships with some large funds in several billion valutaion due to the value of the data they are recording vs the travel sales. That's huge!

The Board also approved the PP merger and once they send me the revised LOI, I will execute and make arrangements for the $3M payment.

He also asked that you reach out to him and Mike Remedios via email to set up a time to discuss your employment there. Please keep in mind this deal is not contingent on your employment there but I think you will be very happy at this new place and be an asset to each other.

I've gotten it this far, rest is all you Sir!  Good Luck! 🙏      8:05 PM

[Quoted text hidden]

**3 attachments**

 **ProfitPay Quarter 2 -2021 -July 2021.pdf**
318K

**ProfitPay Mail - Paycertify - Profit Pay - Quarter 2 , 2021 - Newletter.pdf**
278K

**Minutes_of_Special_Board_Meeting_and_Corresponding_Resolutions_-_Execution_Copy copy.pdf**
467K

Tanmay Kar <tanmay@profitpay.com>                                                                    Tue, Apr 18, 2023 at 8:30 PM

To: James Huber <jhuber@attorneygl.com>

fyi

[Quoted text hidden]

---

**3 attachments**

📄 **ProfitPay Quarter 2 -2021 -July 2021.pdf**
318K

📄 **ProfitPay Mail - Paycertify - Profit Pay - Quarter 2 , 2021 - Newletter.pdf**
278K

📄 **Minutes_of_Special_Board_Meeting_and_Corresponding_Resolutions_-_Execution_Copy copy.pdf**
467K

---

**Tanmay Kar** <tanmay@profitpay.com>                                          Wed, Apr 19, 2023 at 3:38 PM
To: "Brian G. Reyes" <tkkar1@gmail.com>

---------- Forwarded message ---------
From: **Tanmay Kar** <tanmay@profitpay.com>
Date: Tue, Apr 18, 2023 at 5:27 PM
Subject: Re: Agreement Draft
To: Jayesh Patel <jay@athenahospitalitygroup.com>, Shree Guru Dutt LLC <vince@athenahospitalitygroup.com>, Devesh Patel <devesh@athenahospitalitygroup.com>

[Quoted text hidden]

---

**3 attachments**

📄 **ProfitPay Quarter 2 -2021 -July 2021.pdf**
318K

📄 **ProfitPay Mail - Paycertify - Profit Pay - Quarter 2 , 2021 - Newletter.pdf**
278K

📄 **Minutes_of_Special_Board_Meeting_and_Corresponding_Resolutions_-_Execution_Copy copy.pdf**
467K

# EXHIBIT 4

### MEMORANDUM

FROM: JAYESH PATEL

TO: STOCKHOLDERS OF PROFITPAY, INC.

RE: COMMITMENT TO REDISTRIBUTE STOCK RECEIVED FROM ALINOR HOLDINGS, INC.

DATE: JUNE 9, 2023

---

Dear ProfitPay Stockholders –

As you are aware, to facilitate the purchase of ProfitPay, Inc.'s ("ProfitPay") assets by Alinor Holdings, Inc., d.b.a. Onriva ("Onriva"), I invested an additional $3,000,000 of my own money, which was equal to an 80% interest in ProfitPay.

In exchange for its assets, ProfitPay then received 660,000 shares of Onriva's common stock.

The purpose of the Onriva transaction was to give all ProfitPay shareholders the very best chance of realizing some return on their initial investment in ProfitPay—because ProfitPay had been going in the wrong direction for some time, had dwindled to just one employee, and had nominal revenues that were being eaten up by the compensation taken by its former CEO, Tanmay Kar.

Without the Onriva transaction, the value of your investments in ProfiPay would likely have continued to decrease.

The reason for the structure of the Onriva transaction is because I always intended—and hereby commit-- to redistribute the Onriva shares I would otherwise receive for the 80% interest in ProfitPay to the stockholders of ProfitPay.

That redistribution will occur as follows:

Once Onriva enters its next round of institutional funding, that will set a

then-current value for Onriva (and hence, the Onriva stock).

 When that happens, it is my commitment to redistribute as much of the Onriva stock that I would otherwise receive for my 80% interest, such that the value of the Onriva stock that each ProfitPay stockholder will receive will at least match the value of their original investment in ProfitPay, provided that the Onriva valuation is high enough to match this value; otherwise, my commitment is to provide each ProfitPay stockholder with as much value as the Onriva valuation will provide.

Please rest assured that my first priority is to try to provide each ProfitPay stockholder with the best return on their investment as we can under the circumstances.

*Jayesh D. Patel*

Jayesh D. Patel

**EXHIBIT 5**



June 8, 2023

**Termination as Director of Profitpay Technologies, Inc.**

Jay, Vimal and Devesh,

You are terminated as the Board members of Profitpay Technologies, Inc. You are not allowed to talk to any of the Profitpay investors, partners and customers about the Company's business. You all are related parties as executives of Athena Hospitality and co-founders of Monriva Capital  and two of you are related as Uncle and Nephew. You all have acted as finders to raise capital for the Company while communicating directly with the individual investors promising absurd returns. Raising capital from unsophisticated individual investors while spreading false information can paralyze the Company's existence. I have confirmed that you have been involved in sending wrong information electronically to the investors intentionally to suppress their concerns. Over time you have moved over from raising capital for Profitpay to Onriva since things didn't work out here. Now I do not know how on earth these investors will get their money back with 10-100 times of returns that you have promised for roughly $60 million investment secured from maybe 600 or so investors in both the companies.

For years the Company had "going concerns" issues meaning at no point the Company had enough money in the bank accounts to operate more than a month or just a few months. Instead of doing your fiduciary duties as the Directors you never had regular board meetings or discussions on how to mitigate risks and operate as a normal and customary Board would do, there is no record of any financial plans and projections and you let the former CEO operate this as a Boy's club without any checks and balances whatsoever.

Over the last several days you have been spreading messages falsely stating that I have resigned or terminated without any evidence. You have been directly asking Onriva to take control of the Bank Account and move customers to Onriva while you are the second largest shareholder there. I have not executed any asset purchase agreement, and the investors have not seen it either. Despite repeated requests none was provided to me or our Counsel. Neither I, nor you have followed any process of proper diligence on the acquirer, no proper procedure followed to convert the SAFE agreements to shares in the same terms and no shareholder vote is secured to execute on the terminal event for the Company. None of you have access to anything in this Company since you are busy with your day jobs and are not executive members involved in day to day operations. The Company has not even filed the taxes for the last two years which cannot be even filed without a lot of work since nothing was maintained in order. People were hired and fired or not paid.

You directly violated my authority and intervened in my ability to deliver on my responsibilities as the CEO of the Company. You have no experience in building and running any technology company and you even do not know how to read the financials. I had an hour long conversation with you trying to correct you on Onriva's revenue not to be $20-30 million run rate but 4-5% of that which will be about $1.0 million per year. Right there you were inflating the revenue numbers to me by a magnitude of 30 times. I am not sure what you may have been communicating with people who do not do what I do. Onriva never discussed and negotiated terms with me and to begin with never provided me with the basic financial statements which is an absolute must in a financial transaction such as this. This attempt of yours to execute a purchase agreement without my approval and asking customers to be moved over and the funds to be transferred over to another company where you are the second largest shareholder is a real clear attempt to bury the truth so that no one will ever know what happened here.

Please find attached a f NewsLetters and related communication which were sent out to the investors by you where you told numerous lies to the investors. This is just a subset of what might have been told based on what I could gather digging through old emails and what was forward to me by other investors. Based on this evidence I have determined that you are not fit to deliver on your fiduciary responsibilities as a Board member.

You will be reinstated if you prove to me that the highlighted sections were true and are generally accepted while providing guidance to the investors. For example, I need proof that a senior partner from Softbank wrote an email to Profitpay that they could invest $300 million at a $1.1 billion valuation before July 19, 2021 when you mentioned that to all the investors. I like to remind you that as the Company was not paying payroll taxes, all employees were either gone or furloughed, then the CEO lost his ability to be signatory because of his crime record as he was in jail for 3 days while facing a huge DUI felony charge. Please also note that the bank account had only $237 at the end of that month.

I cannot emphasize the need for you to stay away from the Company's business and do not create any more chaos than what you have created. I filed a court case and let the court process take its own course. Please stop telling lies to the investors and promise nothing that the Company cannot deliver or you do not know.

Sincerely,

Tanmay Kar
CEO

# EXHIBIT 6



**Danielle Authier**
to me ▼
Tue, Jun 6, 9:12 AM (5 days ago)   ☆   ↰   ⋮

Good

I know

---

from:        **Danielle Authier** <daniellea@skyhotelsinc.com>
to:          Tanmay Kar <tanmay@profitpay.com>
date:        Jun 6, 2023, 9:12 AM
subject:     Re: please fill this MOTO form
mailed-by:   skyhotelsinc.com
signed-by:   skyhotelsinc-com.20221208.gappssmtp.com
security:    🔒 Standard encryption (TLS) Learn more
             ⭐ important mainly because you often read messages with this label.

...ipping out and will it be going to the business address? Just so I know to look out for it.

---

**T**   **Tanm**
Hi Sa...
Tue, Jun 6, 9:53 AM (5 days ago)   ⋮
...at Titanium would order and send them a physical terminal on

---

**A**   **Aaron Pitts**
Terminal has been ordered and overnight shipping was used. Brett, have you gotten a tracking number from Dejavoo yet? Thank you, Aaron Pitts CONFIDENTIAL This d
Tue, Jun 6, 3:06 PM (5 days ago)   ⋮

---

**B**   **Brett Davis**
to Aaron, me, Sasha ▼
Wed, Jun 7, 11:27 AM (4 days ago)   ☆   ↰   ⋮

I didn't receive the invoice with the tracking number until this morning. Looks like it'll arrive tomorrow before 4:30 PM.

FedEx Tracking Number: 645526749039

**Brett Davis**
**Operations Director**
Titanium Payments, Inc
Titanium Processing, Inc
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX 78701
Phone: 877-972-0700
Fax: 205-278-8520

**EXHIBIT 7**



# EXHIBIT 8





**EXHIBIT 9**


## Account rate review

5 messages

**Denish Patel** ████████████████                                         Mon, Jun 12, 2023 at 1:32 PM
To: tanmay@profitpay.com

Hello Tan

My rate seems like have gone up quite a bit up. Could you please look into this and let me know.

---

 **2023-06-07 11-31.pdf**
1666K

---

**Tanmay Kar** <tanmay@profitpay.com>                                      Wed, Jun 14, 2023 at 10:51 AM
To: Denish P███████████████

Hi Denish,

I have not forgotten, I will get back before end of the week.

Thank you,
Tanmay

> On Jun 12, 2023, at 1:32 PM, Denish Patel <███████████████> wrote:
>
> Hello Tan
>
> My rate seems like have gone up quite a bit up. Could you please look into this and let me know.
>
>
> <2023-06-07 11-31.pdf>

---

**Denish** <d██████████████                                                Wed, Jun 14, 2023 at 11:32 AM
To: Tanmay Kar <tanmay@profitpay.com>

Thank you for the update

> On Jun 14, 2023, at 12:51 PM, Tanmay Kar <tanmay@profitpay.com> wrote:
>
> Hi Denish,
[Quoted text hidden]

---

**Denish Patel** <denish728@yahoo.com>                                     Mon, Jul 10, 2023 at 10:46 AM
To: Tanmay Kar <tanmay@profitpay.com>

Hello Tanmay

Its been more then a month. do you have any update on my account pricing its gone up quite a bit.

> On Jun 14, 2023, at 12:51 PM, Tanmay Kar <tanmay@profitpay.com> wrote:
>

**Tanmay Kar** <tanmay@profitpay.com>
To: Denish P█████████████████

Mon, Jul 10, 2023 at 11:33 AM

[Quoted text hidden]

Denish,

I am sorry for being behind, I was waiting to see some more data before I could get back to you.

There is nothing that I can do to lower your rate, you are paying just 10 basis point over interchange fees on regular cards which is the lowest we have ever done for hotels. If you look at your statements you will see that your customers are using various cards for which the interchange costs are very high. For example in May you had $17k of Visa non qualified business and consumer credit card types where the interchange is over 3%. Compare that to VS regular debit for $8k where the interchange is less than one tenth. There are also card brand fees for a few hundred dollars.

I compared it to a Hilton Hotel bill and your total fees came lower than theirs. Over the years Card companies have rolled out a lot of different card types with different bins and higher interchange rates. That may be the reason why you are seeing the fees to be higher. I can guarantee you that if you switch to any other provider you will not save any money unless the card mix is changed which may be hard to control given the nature of your business.

I will be happy to chat.

Thank you,
Tanmay

[Quoted text hidden]

# EXHIBIT 10



# Convenience Fee Discussion - Mastercard/ProfitPay

Created by: Tanmay Kar · Your response: ✔Yes, I'm going

**Time**

11am - 11:30am (Eastern Time - New York)

**Guests**

✔ Tanmay Kar
mastercard.com
mastercard.com

**Date**

Mon Jun 26, 2023

**Where**

Microsoft Teams Meeting

**Description**

_____
_____

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 230 560 571 110
Passcode: 8deTab
Download Teams | Join on the web
Join with a video conferencing device
18007636@t.plcm.vc
Video Conference ID: 113 613 764 2
Alternate VTC instructions
Or call in (audio only)
+1 636-251-6374,,917758178# United States, St. Charles
(833) 263-0668,,917758178# United States (Toll-free)
Phone Conference ID: 917 758 178#
Find a local number | Reset PIN
[https://www.mastercard.com/UCHelp/images/logo_mastercard.jpg]
Learn More | Meeting options

tanmay@profitpay.com

_____
_____

CONFIDENTIALITY NOTICE This e-mail message and any attachments are only for the use of the intended recipient and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, distribution or other use of this e-mail message or attachments is prohibited. If you have received this e-mail message in error, please delete and notify the sender immediately. Thank you.

My Notes

**EXHIBIT 11**


**Profitpay update -**

Tanmay Kar <tanmay@profitpay.com>                                                                                           Thu, Jun 15, 2023 at 8:48 AM

██████████

Good morning,

*State of Business*

1. People's Bank of Washington, through our partnership with Transactis,  a Mastercard Company, is likely going to be a customer. I expect this to close in the next few weeks.
2. Last week we signed up Spark by Hilton as a customer.
3. I'm actively managing the relationship with Titanium since they already know about the lawsuit to make sure that the customers do not leave.

**I'm the CEO, the one and only**

Please clear your head and be sure that Profitpay remains operational. I'm the CEO of Profitpay and I'm holding it together.

Jay continues to defame me stating that I have resigned, the IP has been transferred, and the acquisition has been completed. Those are just lies.

**Read the declaration**

It has been two very stressful months for me to fight this out myself. So far I have pulled 50+ exhibits as evidence and supported the case with 100s of pages of writing with the Exhibits.

Yesterday I filed a declaration stating that I'll be able to state under oath on what I think has gone wrong directly implicating Jay and the former Board members lying all the time.

Please find attached the court conformed copy.

**Zoom call**

I'll be happy to have a zoom call with everyone to address questions if it helps.

**Some questions you should ask Jay**

1. Why did he take 80% as in the Board minutes and promised to give you back in a side letter just last week; that is a clear admission of fault.
2. Open up any News Letter and point to numbers and %s and ask for evidence.
3. Exit, exit, exit and exit. Has it happened? Who will pay you all and how?
4. What were you doing right after you took our money? See below which I pulled from some communication with Chase about some transactions, clearly you see what happened here. Random investments, spending and no real company building. Chase operated this as his personal business without following any law whatsoever and they (Chase, Board and Onriva) together ran this like an investment club with multiple investments, legal entities with no real governance.

| Date | Ref No. | Payee | Memo | Ending Balance: $1,050,948.97 Recurring | | | |
|---|---|---|---|---|---|---|---|
| | Pacific-Titanium 12.31.20 | | Reclass CH investment in Titanium | 250,000.00 | | Journal | |
| 12/31/2020 | Pacific-NR | | Reclass Note Receivable Paay, Convertible 10% 360 Days--investment by Chase | 250,000.00 | | Journal | |
| 01/03/2020 | Paay 1.3.20 | | WIRE # 014506 BNF Bumy Inc WIRE # 014506 BNF Bumy Inc   FED # 001915--Chase wired funds to Bumy | 150,000.00 | | Journal | |
| 02/25/2021 | | Bumy Inc. | Reclass Mondoe Investment as there is no documentation for this payment and the only documentation provided shows a relationship b/w Mondoe & Paycertify Holdings LLC. this is not a Paycertify inc asset | 100,000.00 | | Expense | Comerica |
| 12/31/2020 | Pacific-Mondoe 12.31.20 | | | 100,000.00 | | Journal | |
| 12/31/2020 | Pacific-Onriva 12.31.21 | | Reclass Onriva investment as it is not a Paycertify asset | 100,000.00 | | Journal | |
| 11/08/2019 | Pacific-NR Paay | | Reclass Convertible Note to Paay 10% Interest 360 days--investment by Chase | 100,000.00 | | Journal | |
| 02/08/2021 | Toll Bros Inc | | Down payment for personal residence | 69,000.00 | | Expense | Comerica |
| 12/31/2020 | Pacific-PivotR eserv 12.31 | | Reclass SubitSail investment?  Not related to Paycertify | 30,000.00 | | Journal | |
| 12/23/2020 | | | WIRE # 013413 BNF SELECT INDEX V WIRE # 013413 BNF SELECT INDEX V FED # 001604 | 25,000.00 | | Expense | Comerica |
| 11/30/2020 | RC-11.30.2 0-1 | | Reclass CH personal expenditures | 22,964.33 | | Journal | |
| 03/11/2021 | | Mercedes Benz | MERCEDES-BENZ OF RENRENO        NV XXXX-XXXXXX-06000 - CHASE HARMER | 7,644.70 | | Expense | Blue for Business-0 3007 |
| 09/12/2021 | | | SIERRA CYCLESMITH SSRENO         NV XXXX-XXXXXX-0700R - CHASE HARMER | 7,000.00 | | Expense | Blue for Business-0 3007 |
| 04/19/2021 | | | E11EVEN        MIAMI        FL XXXX-XXXXXX-06000 - CHASE HARMER | 6,384.64 | | Expense | Blue for Business-0 3007 |
| 06/29/2021 | | | TESLA MOTORS TESLA MOTO 8211T9 | 5,962.70 | | Expense | Comerica |
| 09/25/2021 | | Avance Plastic Surgery | AVANCE PLASTIC SURGERENO        NV XXXX-XXXXXX-0700R - CHASE HARMER | 5,425.00 | | Expense | Blue for Business-0 3007 |
| 04/19/2021 | | | T5T7 MR JONES 3009DMIAMI BEACH    FL XXXX-XXXXXX-06000 - CHASE HARMER | 5,144.24 | | Expense | Blue for Business-0 3007 |
| 01/24/2020 | | Mercedes Benz | MERCEDES-BENZ OF ST SAN JOSE CA | 4,806.00 | | Expense | Blue for Business-0 3007 |
| 01/23/2019 | | Orchard City Lofts | WEB AUTHORIZED PMT Orchard City Download from usbank.com, Orchard City Lof | 4,240.00 | | Expense | US Bank 1190 (deleted) |
| 03/02/2021 | | Orchard City Lofts | Orchard City Lof WEB PMTS 030221 | Exec | 3,912.00 | Expense | Comerica |
| 02/02/2021 | | Orchard City Lofts | Orchard City Lof WEB PMTS 020221 | Exec | 3,912.00 | Expense | Comerica |
| 01/05/2021 | | Orchard City Lofts | Orchard City Lof WEB PMTS 010521 | Exec | 3,912.00 | Expense | Comerica |
| 12/02/2020 | | Orchard City Lofts | Orchard City Lof WEB PMTS 120220 | Exec | 3,912.00 | Expense | Comerica |
| 11/03/2020 | | Orchard City Lofts | Orchard City Lof WEB PMTS 110320 | Exec | 3,912.00 | Expense | Comerica |
| 10/02/2020 | | Orchard City Lofts | Chase's personal residence | Exec | 3,912.00 | Expense | Comerica |
| 09/02/2020 | | Orchard City Lofts | Orchard City Lofts | | 3,912.00 | Expense | US Bank 1190 (deleted) |
| 08/04/2020 | | Orchard City Lofts | WEB AUTHORIZED PMT Orchard City Download from usbank.com, Orchard City Lof | Exec | 3,912.00 | Expense | US Bank 1190 (deleted) US Bank |

## On to my pay

Jay will face severe consequences if he continues to defame me. My salary and bonuses are paid just how it was promised and expected in the offer letter. I have been paid my salary and bonus including the unpaid bonuses from last year which could not be paid because of all kinds of messy situations with the California Employment Department. You have no idea on a personal front my California taxes which were taken from my paycheck in 2021 is not even recognized by the IRS. I had to be on the phone for 3 months trying to fix the issues created for non-payment of payroll taxes since March 2021, much before my time.

## Settlement rumour

Working here and dealing with what I am dealing with has caused all of my vitals to be impacted because of increased stress including potential physical danger given how Chase has been and now how Jay has acted. Rich and dangerous people can do anything. Unfortunately I'm working through and fighting for it all alone. It is darn hard and I am thinking what needs to be done here. This court case, if continued, will not do any good to Onriva or Profitpay. But it harms me more than anyone else. If I prevail it will implicate Jay and all the defendants. So I have offered through my counsel a settlement for my severance and 4.3 million shares in Profitpay. I was not going to walk away without doing what is right for you. That cooked up scheme of $3.0 million investment for 80% which is not an investment needed to be undone. Jay kind of did that already last Saturday. Profitpay will double Onriva's valuation or more. Profit Pay needs to get a lot more of Onriva to do it right. Personally I need to pay for the damages caused to me, and it will keep becoming expensive as more and more investors join as interveners. At some point this may turn into a class action. Keep in mind the Company was touted to be valued at $110 million and you all were promised 30-40 times return.

Thank you,
Tanmay

## Statement of Confidentiality:

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee.  The information may also be legally privileged.  This transmission is sent in trust, for the sole purpose of delivery to the intended recipient.  If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply email or phone and **delete** this message and its attachments, if any.

--
Unsubscribe

📄 **Court Conformed - Declaration of Plaintiff Tanmay Kar.pdf**
0K

# EXHIBIT 12


**Profitpay financials**

1 message

**Tanmay Kar** <tanmay@profitpay.com>                                                                                    Sun, Jun 11, 2023 at 8:16 PM
To ████████████

Dear all,

You know so far what I have done to you through my fight.

***** I handed you $3.0 million worth of something, as in the side letter that Jay sent you on Saturday. *****

Imagine, I resigned, left and you knew nothing about all that you are coming to know.

There is nothing to hide from you, you are the owners of the Company. So I am sharing, keep it confidential. If we were a 1000 people company and had 100s of millions of dollars with a lot of complexity it is a different thing. If anyone is saying that you should not receive the financials then that itself is a problem. You all have put in a lot of money at a huge valuation.

Many of you asked and here it is. See attached a summary of the financials that I pulled from Quickbooks. Keep in mind last year I did not have people to do much work and before nothing was done properly, there was no accountability. Management team came and went through a revolving door, there was no process to have a plan in place so that money can go longer.

*Tears through my eyes and chills on my body as I look at this and send it across, how leaders who are in position of power do this to people at large, I mean all of you.*

See below the chart, why individual investors who are not represented by a strong smart investor should stay away from investing in an unproven company. No company is proven until the revenue and profitability are predictable. In this chart I used gross profit as a proxy to revenue since I can see revenue is recorded wrong. Whatever may be not much changed in the company but the valuation went from $1 million in 2016 to $25 million in 2109 to $100/110 million through SAFE in 2020 and 2021.

The reason I want you to know this is so that you never ever make this mistake again. Sure the last round B and and B1 were all SAFE with valuation cap but essentially that made you to believe that the Company could be valued a lot more and you will be protected at $100 million valuation cap.



You can see PP has more or less the same amount of revenue before you invested and during the time you invested and now. The difference is that it was losing money before your investment, started losing a lot of money when you invested, and now when it is in order to rebuild and take off, you know what we are dealing with.

Now turn this back to Onriva and see a problem that can be just 10 times bigger since you all invested at 5 times more valuation twice the amount.

Thank you,
Tanmay

**Statement of Confidentiality:**

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee.  The information may also be legally privileged.  This transmission is sent in trust, for the sole purpose of delivery to the intended recipient.  If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

--
Unsubscribe

---

Profitpay Financials.pdf
0K

# EXHIBIT 13

tanmay@profitpay.com



# Mastercard/ProfitPay/Titanium - Touch Base

Created by: Tanmay Kar  ·  Your response: ✔Yes, I'm going

**Time**

## 1pm - 1:30pm (Eastern Time - New York)

**Guests**

✔ Tanmay Kar
　　　　██████titaniumpayments.com
　　　　██████@mastercard.com
　　　　██████@mastercard.com
　　　　██████@mastercard.com

**Date**

## Wed Jul 19, 2023

**Where**

## Microsoft Teams Meeting

**Description**

_____

_____

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 225 080 779 714
Passcode: xJaw9R
Download Teams | Join on the web
Join with a video conferencing device
18007636@t.plcm.vc
Video Conference ID: 117 152 754 9
Alternate VTC instructions
Or call in (audio only)
+1 636-251-6374,,654238427# United States, St. Charles
(833) 263-0668,,654238427# United States (Toll-free)
Phone Conference ID: 654 238 427#
Find a local number | Reset PIN
[https://www.mastercard.com/UCHelp/images/logo_mastercard.jpg]
Learn More | Meeting options

tanmay@profitpay.com

_____
_____

CONFIDENTIALITY NOTICE This e-mail message and any attachments are only for the use of the intended recipient and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, distribution or other use of this e-mail message or attachments is prohibited. If you have received this e-mail message in error, please delete and notify the sender immediately. Thank you.

My Notes

# EXHIBIT 14

tanmay@profitpay.com

 # ProfitPay Introduction/Application assistance

Created by: Tanmay Kar · Your response: ✔Yes, I'm going

**Time**

12pm - 12:30pm (Eastern Time - New York)

**Date**

Thu Jul 20, 2023

**Guests**

✔ Tanmay Kar
colle██████████████████wa.com
jenni██████████peoplesbank-wa.com
jos██████████peoplesbank-wa.com
nic██████████peoplesbank-wa.com
teni██████@peoplesbank-wa.com

**Where**

Microsoft Teams Meeting

**Description**

_____
_____
Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 293 473 477 052
Passcode: EHxEyk
Download Teams | Join on the web
Join with a video conferencing device
18007636@t.plcm.vc
Video Conference ID: 115 384 919 0
Alternate VTC instructions
Or call in (audio only)
+1 636-251-6374,,509290542# United States, St. Charles
(833) 263-0668,,509290542# United States (Toll-free)
Phone Conference ID: 509 290 542#
Find a local number | Reset PIN
[https://www.mastercard.com/UCHelp/images/logo_mastercard.jpg]
Learn More | Meeting options

tanmay@profitpay.com

_____
_____
CONFIDENTIALITY NOTICE This e-mail message
and any attachments are only for the use of the
intended recipient and may contain information that
is privileged, confidential or exempt from disclosure
under applicable law. If you are not the intended
recipient, any disclosure, distribution or other use of
this e-mail message or attachments is prohibited. If
you have received this e-mail message in error,
please delete and notify the sender immediately.
Thank you.

My Notes

# EXHIBIT 15

 **ProfitPay**

Tanmay Kar <tanmay@profitpay.com>

---

### Auto Supplies
3 messages

---

**Bob John**▨▨▨▨▨▨▨▨▨▨                                                         Wed, Jul 12, 2023 at 3:50 AM
To: Tanmay Kar <tanmay@profitpay.com>

Hi Tanmay,

I need mids for the following websites:-


https://ww▨▨▨▨▨▨▨
https://sie▨▨▨▨▨▨▨
https://a2▨▨▨▨▨▨▨
https://www.c▨▨▨▨▨

Kindly look into this on priority and please get back to me for any clarifications.


Regards,
Bob

---

**Tanmay Kar** <tanmay@profitpay.com>                                          Wed, Jul 12, 2023 at 10:25 AM
To: Bob John▨▨▨▨▨▨▨▨▨▨

Hi Bob,

I hope you have been well. I'm looking into these.

Please provide me with some basic information on the following:

a) business model
b) ownership structure
c) monthly sales volume and number of transactions
d) current status

Thank you,
Tanmay

[Quoted text hidden]

---

**Bob Joh**▨▨▨▨▨▨▨▨▨                                                           Wed, Jul 12, 2023 at 12:06 PM
To: Tanmay Kar <tanmay@profitpay.com>

Sales
Single Owner
monthly sales volume - $100k approx, 70-100
no current status - had account with chase bank but closed it
[Quoted text hidden]

**EXHIBIT 16**

ProfitPay

Tanmay Kar <tanmay@profitpay.com>

**People's Bank Merchant application**
3 messages

**Aaron Pitts** <Aaron@titaniumpayments.com>                                    Thu, Jul 20, 2023 at 2:41 PM
To: Tanmay Kar <tanmay@profitpay.com>

Hi Tanmay,

Please review this and let me know if any changes are needed. Same pricing was applied as the previous.

People's Bank Merchant Application

Thank you,

**Aaron Pitts**
**Director, Business & Product Development**
Titanium Payments, Inc
Titanium Processing, Inc
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX 78701
Phone: 877-491-5203
Fax: 205-278-8520

**CONFIDENTIAL**

This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.

If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**Tanmay Kar** <tanmay@profitpay.com>                                          Fri, Jul 21, 2023 at 8:00 AM
To: Aaron Pitts <Aaron@titaniumpayments.com>

Hi Aaron,

Thank you for putting this together, this looks good to me. Has this been set up to be edited and saved by many people at the same time?

This has to be filled by someone, signed by someone for certain fields and then signed by someone else like me for certain other fields.

    1. An admin person on the client side fills it out.
    2. Agent reviews and sends an okay confirmation.
    3. A signer from client side signs
    4. Agent signs where necessary

I'm a little rusty on how this worked but we had a multi tier signature process for all life insurance applications that we automated in HealthIQ.

Thank you,
Tanmay
[Quoted text hidden]

---

**Aaron Pitts** <Aaron@titaniumpayments.com>                                                      Fri, Jul 21, 2023 at 8:39 AM
To: Tanmay Kar <tanmay@profitpay.com>

Hi Tanmay,

The Docusign powerform is not collaborative. The pdf version would provide collaboration. And then you could resend for docusign once it is complete.

I've attached the latest version of our application, blank,  if you think that will work better.

Thank you,

**Aaron Pitts**

**CONFIDENTIAL**

This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.

If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

[Quoted text hidden]

---

📄 **Titanium Fifth Third Application package  (2).pdf**
1309K

**EXHIBIT 17**



**Profitpay update**

**Tanmay Kar** <tanmay@profitpay.com>                                                 Thu, Jul 20, 2023 at 2:56 PM

███████████

Hello Profitpay Investor,

I hope you all have been well.

Some of you have reached out to me asking to provide an update. One of you reached out and asked me if what he heard from Jay was true: "Onriva gained control of everything, Tanmay has taken a payout and left, and the case has been dismissed". Let me address each of these below.

**Has Onriva Gained Control of Profitpay? No.**

I am actively working as the CEO of Profitpay. I am bearing small costs to keep the Company float and I have not been paid the salaries for the last 2+ months.

This week itself I had back to back long conference calls with Mastercard(see below), People's Bank and Vibrant Credit Union along with Titanium. I am working on simplifying the process to onboard these bank customers and credit unions to process loan repayments through debit cards which is a red hot white space in the payment space. Both Master Card and Titanium see this as a huge opportunity. I do fear that we will lose Mastercard as a customer regardless of who wins Onriva or Profitpay in this legal battle the moment Mastercard finds out.

No one has any access to anything of Profitpay except me. Everything will disappear the moment I leave. I believe there is a strong push from Onriva to take over the bank account and move over customers from Titanium.

**Have I taken a payout? No**

I'm owed salaries, severance and 10% of the Company per the agreement. I have not received any proposal for a settlement and I have failed in drawing their (defendant's attention) to come to a reasonable agreement so that we do not drag this forever.

I have heard rumors that I asked for $7.0 million as payout for myself; which was false. In the original complaint I have asked for a large sum as a settlement to survive the Company and more recently I have asked for a reasonable proposal to settle knowing that it is clear that the Court system will take its own course and it can take many months to years to reach a resolution. I am severely stressed thinking to myself what to do, how to operate and move forward and keep a straight face with customer communication.

Should there be a reasonable proposal for me to step aside I will entertain and sign a mutual release agreement so that the customers and the value of the Company is restored. Thereafter the investors can deal with Onriva/Jay to seek the return on their investments.

**Has the case been dismissed? Yes/No**

Although there was a judgement passed that the case was dismissed on July 11, we have 21 days to respond. The case was dismissed not based on its merits but because of the Jurisdiction issues. The court has essentially advised to file it in the state court or respond. Following the 21 days the court will have 12 days to respond and do a final ruling. Please keep in mind that the court is not ruling anything about the acquisition or anything.

But before you know Jay and Onriva have personally sued me in California. Although it was filed on June 22 I did not receive it till this weekend. It is unfathomable how they are now alleging me for sharing confidential information with you all. I'm prepared to take the Oath and tell the Jury that everything that I have shared through 50 or more exhibits are all just straight facts. This situation involves 100s of small investors and you all ought to know the truth. At the core of all this lies and lawlessness. Lying to investors to seek financial gain and gaining control of the Company without due process are all wrong.

I have provided options to the defendants and I'm actively working to maintain the business. There is a possibility and risk that Comerica and Titanium may simply move over the assets under pressure from Onriva. Although they have money, I sure have the wisdom, audacity and real clear business acumen to do what is right. With your support I hope to do my best for as long as I practically can.

Please feel free to reach out to me if you have any questions.

Thank you,
Tanmay

Jul 19, 2023   1:00pm  to  1:30pm     Jul 19, 2023   (GMT-04:00) Eastern Time - New York   Time zone

☐ All day  Does not repeat

RSVP: Yes ▾   Add note / guests

Event Details   Find a Time

**Guests**

Microsoft Teams Meeting

Add guests

Notification ▾  10     minutes ▾  ✕

Guests you invite will receive an invitation, but won't appear in the guest list after you save this ⓘ event

Add notification

Spinelli, Roy  ● ▾

5 guests
1 yes
4 awaiting

Busy ▾  Default visibility ▾  ⓘ

Availability might be shown in other Google apps ⓘ

Tanmay Kar

Bettini, Ron *

B  I  U  ≔  ☰  ∞  ⫶

Brett Davis *

Manes, Bil *

Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting https://teams.microsoft.com/l/meetup-

Schutt, Patrick *

* Calendar cannot be shown ⓘ

---

ay Introduction/Application assistance

Save   More actions ▾

12:00pm  to  12:30pm   Jul 20, 2023   (GMT-04:00) Eastern Time - New York   Time zone

Does not repeat

RSVP: Yes ▾   Add note / guests

Find a Time

**Guests**

ms Meeting

Add guests

▾  10  ⏱  minutes ▾  ✕

Guests you invite will receive an invitation, but won't appear in the guest list after you save this ⓘ event

on

● ▾

7 guests
1 yes
6 awaiting

Default visibility ▾  ⓘ

Tanmay Kar

be shown in other Google apps ⓘ

Colleen Jewell Sulter *

U  ≔  ☰  ∞  ⫶

Jennifer Bowles *

Joseph Russell *

nicole.uffelman@peoplesbank-wa.com *

ms meeting
omputer, mobile app or room device
oin the meeting https://teams.microsoft.com/l/meetup-

Tenille Hyun *

Aaron Pitts *

eeting_NjQ4OGM0YjgtZDQ3MC00ZjcxLWJmM2MtYTkvOGI0Nm,JhYmFf% 40thread.v2/0?
5227qf%22%3e%22f06fa858-824b-4a85-aacb-f372cfdc262e%22%3c%220Vd%22%3e%220399213c-
INz-f786 11089a1c%22%7d»

* Calendar cannot be shown ⓘ

93-473 477 052
bfEyk
smv=https://www.microsoft.com/en-us/microsoft-teams/download-app» | Join on the
www.microsoft.com/microsoft-teams/join-a-meeting»
deo conferencing device
abcm.vc
ence ID: 115 384 919 0
l Instructions=https://dialin.plum.vc/teams/?key=18007636&conf=11538491190»
dio only)
374,509290542#=tel:+16362516374,509290542#= United States, St. Charles
38,509290542#=tel:8332630666,509290542#= United States (Toll-free)
ence ID: 509 290 542#
umber=https://dialin.teams.microsoft.com/3d41d2fe-d251-486f-b7ed-d4c9007c0316?id=509290542» |
lus://dialin.teams.microsoft.com/usp/astncanferencing»
mastercard.com/UCHelp/images/logo_mastercard.png
ptus://aka.ms/JoinTeamsMeeting» | Meeting options=https://teams.microsoft.com/meetingOptions/?
0399213c-d713-4444-bd92-f786 11089a1c&tenantId-f06fa858-824b-4a85-aacb-
d&threadId=19_meeting_NjQ4OGM0YjgtZDQ3MC00ZjcxLWJmM2MtYTkvOGI0Nm,JhYmFfattype=event-id5ln-

---

**EXHIBIT 18**

tanmay@profitpay.com



# PP◇Titanium

Created by: Tanmay Kar · Your response: ✔Yes, I'm going

Time

## 11:30am - 12pm (Pacific Time - Los Angeles)

Date

## Tue Apr 25, 2023

My Notes

Guests

✔ Tanmay Kar
⬛⬛⬛⬛titaniumpayments.com
⬛⬛⬛⬛titaniumpayments.com

# EXHIBIT 19

 ProfitPay

Tanmay Kar <tanmay@profitpay.com>

---

**closing items**
1 message

---

**Tanmay Kar** <tanmay@profitpay.com>                                                              Wed, Apr 12, 2023 at 9:27 AM
To: Jayesh Patel <jay@athenahospitalitygroup.com>

Jay.

I am not sure what you decided about Chase. Here are a few points.

**Share distribution**

Assuming we do not issue him the shares here is a proforma share distribution. This assumes a $3,345,000 investment from you which is explained below if the term sheet cash of $3.75 million is still what we are going with. I must say Onriva got a sweet deal given that the valuations are down. Valuations for Series B and C companies are down by 50-60% in the last few months. If there is still a possibility, I'd negotiate to get more shares or pay less money. I'll leave that to you.

| Shareholder | % of total | Shares |
|---|---|---|
| PayCertify Series A, LLC | 25.11% | 167,370 |
| Jayesh Patel | 20.89% | 139,290 |
| PayCertify Series B, LLC | 12.22% | 81,467 |
| Tanmay Kar | 10.80% | 71,969 |
| Mahesh D. Patel | 7.53% | 50,211 |
| PayCertify Series B1A, LLC | 7.48% | 49,888 |
| Vimal B. Patel | 3.77% | 25,105 |
| Dr. Hemangshu Podder | 3.77% | 25,105 |
| Devesh M. Patel | 3.77% | 25,105 |
| Praveen Patel | 1.88% | 12,553 |
| Paresh Patel | 1.88% | 12,553 |
| Milan Patel | 0.30% | 2,017 |
| Justin Sloan | 0.30% | 2,017 |
| Izabelle Hamilton | 0.30% | 2,017 |
| | 100.00% | 666,666 |

**My last date May 15, 2023**

My name is everywhere so I need to stick around to make the changes and switch over to Onriva. Onriva needed me to resign from the CEO role here. Accordingly, my last day will be May 15. I'll however be working on good faith to carry over everything that has to do with the Company.

**My severance payment**

My severance was for 12 months of salary, bonus, and benefits. I have signed the consulting agreement with Onriva that pays me for 6 months. That is not the same as severance pay. However, in lieu of that I'm reducing my severance from 12 months pay to 6 months. The consequences of hiring me with false information that the Company had 100+ employees and $52 million in cash while leaving like this after a serious turnaround has serious consequences on my life and career.

**2021, 2022 tax filing**

I got the bank accounts reconciled and brought the books to a stage where a CPA can look at and file the taxes. I have engaged a CPA firm which has raised eyebrows based on some very silly inaccuracy she found on the 2020 tax filed by Chase. It will take more time than I anticipated but I do expect this to be done in the next 2 weeks.

### 1099 and Other filings

I expect to get this completed before the end of the month.

### Asset transition to Onriva

Bank accounts cannot be assigned to Onriva since they are not buying the Company. So we have to transfer the remaining funds which I think we should do late after the closed aday and it should be all part of the Note payable. Steve can address the mechanics in the purchase agreement. I will have to work with about a dozen or some customers and vendors to whom we pay or collect funds from. I expect all of that will be transitioned over by May 10.

### Company closing

I will file necessary paperwork with Delaware state and California state to close the Books and remove all of us as Directors and Officers. There may be unknown subsidiaries and stuff that Chase would have created which I'd ignore like that Ireland company. Those will typically not show up or get abandoned over time.

### Cash Calculation

Here is how I have calculated cash balances to arrive at the final investment from you.

| | | |
|---|---|---:|
| Cash Balances net of immidiate payments, unpaid payroll taxes, small expenses & $40k loan payment; $30k reserve | $ | 510,000 |
| March receivables | $ | 65,000 |
| April receivables | $ | 65,000 |
| | $ | **640,000** |
| Tanmay's Severance | $ | 235,000 |
| | $ | **405,000** |
| **Jay's investment** | $ | **3,345,000** |

Thank you,
Tanmay

# EXHIBIT 20

# Profitpay Capitalization

Feb 23

# Cap Table as is now

| Category | Shareholder | BEFORE Shares | BEFORE % fully diluted | NOW Shares | NOW % fully diluted |
|---|---|---|---|---|---|
| Common | Chase Harmer | 18,000,000 | 41.86% | 8,600,000 | 20.00% |
| Common | Jayesh Patel | 3,750,000 | 8.72% | 3,750,000 | 8.72% |
| Common | Mahesh D. Patel | 3,000,000 | 6.98% | 3,000,000 | 6.98% |
| Common | Devesh M. Patel | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Vimal B. Patel | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Dr. Hemangshu Podder | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Praveen Patel | 750,000 | 1.74% | 750,000 | 1.74% |
| Common | Paresh Patel | 750,000 | 1.74% | 750,000 | 1.74% |
| Common | Tanmay Kar | | | 4,300,000 | 10.00% |
| Common | Brian Perrin | | | 860,000 | 2.00% |
| | | 30,750,000 | 71.51% | 26,510,000 | 61.65% |
| Series A Preferred | PayCertify Series A, LLC | 10,000,000 | 23.26% | 10,000,000 | 23.26% |
| Stock Options | | 2,250,000 | 5.23% | 6,490,000 | 15.09% |
| | | 43,000,000 | 100.00% | 43,000,000 | 100.00% |

July 2022

How can I navigate from here peacefully to help me raise $100 million in next 3 years is what I'm thinking and analyzing all the time. Without being 100% aligned on the end goal and enabling each other to do just the right things we'll destroy this vision.

Unlike SaaS and other business models, Fintech needs significant early capital infusion to build a best in class platform that can serve a unique niche. Efficient use of capital and serious commercialization strategy is at the core of success for Fintech which is why it needs different breed of commercial entrepreneurs.

- 30% of the all startups failure is for lack of adequate capital; only 5% fail because of a bad team.
- Barring exceptions poor early stage capital structure can inhibit mid stage fundraising and create a death trap
- No Fintech Startup has scaled and created a name without raising $100+ million; Airbase $250 mil, HealthIQ $200 mil
- It takes on an average 7 years, and 5 rounds of funding to become a billion dollar valuation, and the chances are 1 in 3 even after raising $100 million

# Items need immediate attention

- Option pricing, Company's common stocks should be valued at 0.01 as there is no value given the investments and company's current status.
- Tanmay is issued the Common stock.
- New Option Plan needed to be in place as without this hiring a tech executive or good engineer is just impossible.
- Converting SAFEs should be seriously considered to make future financing discussions easy and clear. The best thing is to convert all 100M and 110M cap SAFEs to Series A shares at previous price.
- Too much thoughts on dilution and option allocation as to what is right or wrong is the last thing to do as long as allocations are within range. Unless a there is a serious transformation common shareholders and option holders are likely to get nothing. Everyone is expected to be diluted significantly anyway given this is worse than a fresh start.

# Cap Table as is now

| Category | Shareholder | BEFORE | | NOW | |
|---|---|---|---|---|---|
| | | Shares | % fully diluted | Shares | % fully diluted |
| Common | Chase Harmer | 18,000,000 | 41.86% | 8,600,000 | 20.00% |
| Common | Jayesh Patel | 3,750,000 | 8.72% | 3,750,000 | 8.72% |
| Common | Mahesh D. Patel | 3,000,000 | 6.98% | 3,000,000 | 6.98% |
| Common | Devesh M. Patel | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Vimal B. Patel | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Dr. Hemangshu Podder | 1,500,000 | 3.49% | 1,500,000 | 3.49% |
| Common | Praveen Patel | 750,000 | 1.74% | 750,000 | 1.74% |
| Common | Paresh Patel | 750,000 | 1.74% | 750,000 | 1.74% |
| Common | Tanmay Kar | | | 4,300,000 | 10.00% |
| Common | Brian Perrin | | | 860,000 | 2.00% |
| | | 30,750,000 | 71.51% | 26,510,000 | 61.65% |
| Series A Preferred | PayCertify Series A, LLC | 10,000,000 | 23.26% | 10,000,000 | 23.26% |
| Stock Options | | 2,250,000 | 5.23% | 6,490,000 | 15.09% |
| | | 43,000,000 | 100.00% | 43,000,000 | 100.00% |

# Cap Table w/ all SAFEs converted as before

| Event | Date | Shareholder | Shares | | Price | | Proceeds | % of Class | % of total |
|---|---|---|---|---|---|---|---|---|---|
| California Incorporation | 1/4/2016 | Chase Harmer | 6,450,000 | | | | | 27.32% | 11.83% |
| | | Tanmay Kar | 4,300,000 | $ | 0.00100 | $ | 4,300.00 | 18.21% | 7.89% |
| | | Brian | 860,000 | $ | 0.00100 | $ | 860.00 | 3.64% | 1.58% |
| | | Jayesh Patel | 3,000,000 | $ | 0.03333 | $ | 100,000.00 | 12.71% | 5.50% |
| | | Mahesh D. Patel | 3,000,000 | $ | 0.03333 | $ | 100,000.00 | 12.71% | 5.50% |
| | | Devesh M. Patel | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Vimal B. Patel | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Dr. Hemangshu Podder | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Praveen Patel | 750,000 | $ | 0.03333 | $ | 25,000.00 | 3.18% | 1.38% |
| | | Paresh Patel | 750,000 | $ | 0.03333 | $ | 25,000.00 | 3.18% | 1.38% |
| | | **Total** | **23,610,000** | | | $ | **405,160.00** | **100.00%** | **43.32%** |
| | | | | | | | | | |
| **Stock Grants** | | Jay Patel Grant | 750,000 | | | | | | |
| | | | | | | | | | |
| **Series A Funding Round** | 7/21/2021 | PayCertify Series A, LLC | 10,000,000 | $ | 0.83000 | $ | 8,300,000.00 | | 18.35% |
| | | | | | | | | | |
| **SAFE Notes-$100MM Cap** | | | | | | | | | |
| | 5/19/2020 | PayCertify Series B, LLC | 4,987,952 | $ | 0.83000 | $ | 4,140,000.00 | 48.50% | |
| | 4/30/2021 | PayCertify Series B1A, LLC | 2,980,723 | $ | 0.83000 | $ | 2,474,000.00 | 28.98% | |
| | 8/18/2021 | Chase Harmer | 1,773,383 | $ | 0.83000 | $ | 1,471,907.90 | 17.24% | |
| | 8/25/2021 | Jay Patel | 542,169 | $ | 0.83000 | $ | 450,000.00 | 5.27% | |
| | | **Total** | **10,284,226** | $ | 0.83000 | $ | **8,535,907.90** | **100.00%** | **18.87%** |
| | | | | | | | | | |
| **SAFE Notes-$110MM Cap** | | | | | | | | | |
| | | Izabelle Hamilton | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | Milan Patel | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | Justin Sloan | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | **Total** | **361,446** | $ | 0.83000 | $ | **300,000.00** | **100.00%** | **0.66%** |
| | | | | | | | | | |
| **ESOP** | | Option Pool | 10,250,000 | | | | | | 18.81% |
| | | | | | | | | | |
| | | **Total** | **54,505,672** | | | $ | **9,241,067.90** | | **100.00%** |
| | | | | | | | | | |
| | | Post Money Value | $45,239,708 | | | | | | |

# Cap Table w/ all SAFEs converted as before

| Event | Date | Shareholder | Shares | | Price | | Proceeds | % of Class | % of total |
|---|---|---|---|---|---|---|---|---|---|
| California Incorporation | 1/4/2016 | Chase Hanmer | 6,450,000 | | | | | 27.32% | 11.83% |
| | | Tanmay Kar | 4,300,000 | $ | 0.00100 | $ | 4,300.00 | 18.21% | 7.89% |
| | | Brian | 860,000 | $ | 0.00100 | $ | 860.00 | 3.64% | 1.58% |
| | | Jayesh Patel | 3,000,000 | $ | 0.03333 | $ | 100,000.00 | 12.71% | 5.50% |
| | | Mahesh D. Patel | 3,000,000 | $ | 0.03333 | $ | 100,000.00 | 12.71% | 5.50% |
| | | Devesh M. Patel | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Vimal B. Patel | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Dr. Hemangshu Podder | 1,500,000 | $ | 0.03333 | $ | 50,000.00 | 6.35% | 2.75% |
| | | Praveen Patel | 750,000 | $ | 0.03333 | $ | 25,000.00 | 3.18% | 1.38% |
| | | Paresh Patel | 750,000 | $ | 0.03333 | $ | 25,000.00 | 3.18% | 1.38% |
| | | Total | 23,610,000 | | | $ | 405,160.00 | 100.00% | 43.32% |
| Stock Grants | | Jay Patel Grant | 750,000 | | | | | | |
| Series A Funding Round | 7/21/2021 | PayCertify Series A, LLC | 10,000,000 | $ | 0.83000 | $ | 8,300,000.00 | | 18.35% |
| SAFE Notes-$100MM Cap | | | | | | | | | |
| | 5/19/2020 | PayCertify Series B, LLC | 4,987,952 | $ | 0.83000 | $ | 4,140,000.00 | 48.50% | |
| | 4/30/2021 | PayCertify Series B1A, LLC | 2,980,723 | $ | 0.83000 | $ | 2,474,000.00 | 28.98% | |
| | 8/18/2021 | Chase Hanmer | 1,773,383 | $ | 0.83000 | $ | 1,471,907.90 | 17.24% | |
| | 8/25/2021 | Jay Patel | 542,169 | $ | 0.83000 | $ | 450,000.00 | 5.27% | |
| | | Total | 10,284,226 | $ | 0.83000 | $ | 8,535,907.90 | 100.00% | 18.87% |
| SAFE Notes-$110MM Cap | | | | | | | | | |
| | | Isabelle Hamilton | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | Milan Patel | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | Justin Sloan | 120,482 | $ | 0.83000 | $ | 100,000.00 | 33.33% | |
| | | Total | 361,446 | $ | 0.83000 | $ | 300,000.00 | 100.00% | 0.66% |
| ESOP | | Option Pool | 10,250,000 | | | | | | 18.81% |
| | | Total | 54,505,672 | | | $ | 9,241,067.90 | | 100.00% |
| | | Post Money Value | $45,239,708 | | | | | | |

# This is the ugly truth, smart people gets it, others do not



# This is what we should consider doing now/ within 60 days



We may end up doing this Q1 if revenue does not scale (one on right is an illustration of typical startup



# EXHIBIT 21



**Letter to Investors from the CEO**
**September 2022**

### What A Difference A Year Makes!
*Onriva Celebrates Our First Anniversary While Hitting Critical Milestones*

Although it is hard to believe that it has been a year since our official launch of the Onriva platform, we are proud to say that so much progress has been made in such a relatively short period of time. I would like to acknowledge the hard work and incredible level of dedication from the staff at Onriva. Their efforts have made all of these highlights (and much more) possible.

Just to recap some of the highlights to date:

- We continue to see a clear upward trajectory in our booking volume as now over 400+ companies have fully implemented Onriva for their employees. As we approach the end of 3Q22, we anticipate total travel volume roughly doubling from 2Q22 levels.



- Our customer commitments continue to grow both in number of companies and size of travel volume, including larger accounts such as **Orlando Health** ($6.0M), **LifePoint** ($15.0M), and **CHS** ($40.0M) which were awarded in 3Q22 and are implementing in 4Q22.

- At the annual meeting of **CoreTrust** companies (and their private equity owners) in Nashville, Onriva had a private lunch meeting with senior partners from over 10 of the largest private equity firms including **The Blackstone Group** ($22.2B Revenue). The response was overwhelming supportive as they concluded that Onriva is "purpose built

**\*HIGHLY CONFIDENTIAL\* \*DO NOT DISTRIBUTE WITHOUT PERMISSION\***



for private equity" and they are committed to continue to remove any obstacles to onboarding their portfolio company travel business to the Onriva platform. **Blackstone** has recently taken a 70% controlling ownership interest in **CoreTrust** and is now even more vested in the success of our strategic relationship.

- Onriva Customer Care has emerged as a clear differentiator versus our competition and the customer feedback has been outstanding. Our scores in 2022 continue to be exceptional and service is the "secret sauce" of our customer proposition. Like Prime Delivery is to **Amazon**, Customer Care is to Onriva!

- And as for the strength of our platform, they say a picture is worth 1000 words. But in the case of Onriva, it is worth much more…



Onriva has integrated an impressive customer list and a robust group of supplier partners into our marketplace. As both sides of the marketplace continue to grow, the sky is the limit for Onriva.

**RECENT MEDIA COVERAGE**

Onriva continues to receive very positive media coverage about our brand and proposition:

- A new episode of ***TechTalk*** featured Vajid Jafri on how entrepreneurs can succeed in the travel industry and was published in the travel and tourism section of the Silicon Valley Business Journal.
- Onriva's own Mike Remedios joined ***EisnerAmper's Podcast*** to discuss how to use AI to recreate the travel experience—for business and pleasure.

**\*HIGHLY CONFIDENTIAL\* \*DO NOT DISTRIBUTE WITHOUT PERMISSION\***



- In September, *Skift* announced the shortlist for their IDEA Awards - travel's annual recognition of excellence in design, creativity, and innovation - honoring the brands and businesses pioneering the travel industry's future. Onriva was recognized for "providing solutions in the area of business innovation".

**KEY MARKETPLACE UPDATES**

Onriva continues to be well positioned for growth as the business travel industry recovers. We help companies optimize their travel budgets, provide great service in a time of an unprecedented number of travel disruptions, and give travelers more choice to meet their travel needs. Because we also offer the ability to fulfill personal travel needs, Onriva is attractive for "bleisure" travel as well.

- A report by *CoStar* that surveyed 400 business travelers found that 63% of respondents said they were as likely or more likely to travel than before the pandemic to industry conferences and exhibitions, while 61% said they would be as likely or more likely to travel for corporate training and teambuilding events.

- A recent article in *Bloomberg* highlighted to continued recovery of the business travel sector as companies get back on the road (US Companies Step Up Travel, Shrug Off Economic Uncertainty).

- "Bleisure" travel (when travelers combine business and personal travel in the same trip) is continuing to stay popular. **Marriott** CEO, Tony Capuano, cited strong occupancy on Thursday and Sunday nights, near the start and end of many business trips, as proof that guests are extending their stays. A survey from *GBTA* found that 90% of travel managers said their employees were interested in trips that combined business and leisure travel.

- After a lot of activity in 2021, tech IPOs have come to an extreme halt. Many investment bankers who handle public offerings who spoke with *Business Insider* believe that activity will start picking up in the latter half of the first quarter or in the second quarter of 2023.

We continue to evaluate the optimal path to raise significant capital from multiple strategic and private equity partners. The interest level from prospective funding partners has been promising as we share the exciting Onriva story. While we evaluate investment options, we continue to assess the optimal time to exercise potential liquidity events.

This aligns with the company's obligation to maximize shareholder value by accessing the public markets. As always, we will keep you closely advised of our continued progress in the months ahead.

Typical ponzi scheme as if institutional investors are flooding. It has been about a year and the Company has not received any institutional money.

**\*HIGHLY CONFIDENTIAL\* \*DO NOT DISTRIBUTE WITHOUT PERMISSION\***



**NASHVILLE INVESTOR EVENT**

One of our Onriva's earliest lead investors, Jayesh (Jay) Patel, is coordinating a private investor event in Nashville, Tennessee on **Tuesday, October 25th, 2022**. The agenda includes an exclusive lineup of presentations from Onriva, as well as Merrill Lynch and guest speakers such as the Mayor of Nashville.

Onriva senior leaders will play a significant role in the agenda, highlighting Onriva's successes and providing more insight into the exciting future of Onriva.

Jay has graciously agreed to open this event to all Onriva investors, held at the magnificent **Gaylord Opryland Resort**. It will be an event you will not want to miss. More information will be coming soon about this exciting in-person event including special airfares to the event only available on Onriva.

Please make your hotel reservation and RSVP by **October 4th**. The hotel discount rate link is: https://book.passkey.com/go/OnrivaInvestors . Hope to see you there!

And as always, we appreciate your full support of the Onriva team as we forge ahead with our high-growth focused business plans in 2022 and beyond.

Best regards,

Vajid Jafri

Chairman, CEO

---

**\*HIGHLY CONFIDENTIAL\* \*DO NOT DISTRIBUTE WITHOUT PERMISSION\***

1

2

<u>PROOF OF SERVICE</u>
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

3

4

5

6

      I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On August 28, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

7

8

9

10

EXHIBITS 1 TO 23 IN SUPPORT OF THE
PLAINTIFFS' MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS (MTD); REQUEST FOR SANCTIONS OF $10,500 AGAINST DEFENDANTS' ATTORNEYS MARK SEBBINS AND MARK VAN NIEKERK

11

///

12

13

14

15

<u>ELECTRONIC SERVICE</u>
In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

16

17

18

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on August 28, 2023.

19

20

<u>/s/ Reshma Kamath</u>
Reshma Kamath

21

<u>SERVICE LIST</u>

22

23

24

25

26

| MICHAEL W. STEBBINS, SBN 138326<br>MARC G. VAN NIEKERK, SBN 201329<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 573-5700<br>Facsimile: (408) 573-5701<br>Email: mws@svlg.com; mvn@svlg.com | Attorneys for Defendants ALINOR HOLDINGS, INC. d/b/a ONRIVA, JAYESH PATEL, DEVESH PATEL, and, VIMAL PATEL |

27

28

1

2

<u>PROOF OF SERVICE</u>

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

3

4

5

6

 I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On August 28, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

7

8

9

10

EXHIBITS 1 TO 23 IN SUPPORT OF THE

PLAINTIFFS' MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS (MTD); REQUEST FOR SANCTIONS OF $10,500 AGAINST DEFENDANTS' ATTORNEYS MARK SEBBINS AND MARK VAN NIEKERK

11

*///*

USPS MAIL SERVICE

12

13

14

15

16

 Via United States Mail: I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*///*

17

18

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on August 28, 2023.

19

20

*/s/ Reshma Kamath*

Reshma Kamath

21

22

23

24

SERVICE LIST

| VAJID JAFRI, <br> 1065 E. HILLSDALE, SUITE 215 <br> FOSTER CITY CA 94404 <br> United States | Via USPS MAIL SERVICE <br> Defendant, *In propria persona* |
|---|---|

25

26

27

28