**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for **Plaintiff PROFITPAY TECHNOLOGIES, INC. & TANMAY KAR**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PROFITPAY TECHNOLOGIES, INC.; a corporation; TANMAY KAR, an individual,<br><br>Plaintiffs<br><br>v.<br><br>ALINOR HOLDINGS, INC. d/b/a ONRIVA, a corporation; JAYESH PATEL, an individual; VIMAL PATEL, an individual; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 4:23-cv-02064-YGR<br><br>[*Assigned to Honorable District Court Judge Yvonne Gonzalez-Roger*]<br><br>[*Related defendants' state court case number 23CV418087 initiated on June 22, 2023*]<br><br>**RESHMA KAMATH'S NOTICE TO JUDGE ROGERS**<br><br><br>**DEMAND FOR JURY TRIAL.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

*PLEASE TAKE NOTICE* that the decision of the motion granting motion to dismiss will be APPEALED. Further, please take notice that RESHMA KAMATH has observed Judge Yvonne Gonzalez Rogers' bias and prejudice to the counsel from the start. It is reflected all over the docket. California *Code of Civil Procedure* section 170.1; 170.3; and 170.6 *et seq.*; Judicial Canon of Ethics; and, the ABA and California Canon of Ethics.

Now, a **SEC COMPLAINT** will be filed with the **SECURITIES AND EXCHANGE COMMISSION** against the named-Defendants that will put Judge Roger's Order to shame.

Moreover, a third case was filed against JAYESH PATEL, and the other named-defendants, by the investors and shareholders, SHAILESH PATEL and others, in the Superior Court of California, County of Alameda, case number, 23CV044134.

Not at all coincidentally, RESHMA KAMATH took an extremely wise decision naming Judge Rogers' bias and prejudice in a complaint against the justices of the San Francisco Northern District Court. Please see attached an excerpt of that complaint **EXHIBIT A** attached hereto and incorporated via reference, herein. Maybe Judge Rogers was aware of this mention of her in the Complaint. As California attorneys do, Judge Rogers has demonstrated favoring male and/or white attorneys, such as the presence of White and/or Male Attorneys in general, including, White Men/Indian Men.

Judge Rogers constant bias and prejudice was neatly – as judges do in California courts – neatly packed in web of pre-textual law/code that if anyone wrote could negate with equally valid law/code.

Judge Rogers' bias and prejudice in favor of White attorneys is quite clear. It is sad, because Judge Rogers has a non-White clerk who plays the same games that Judge Rogers demonstrates on her dockets. Now the California Northern U.S. District Court will also be named as Defendant, as Judge Yvonne Gonzalez Rogers be in RESHMA KAMATH's Complaint.

The decision granting Stebbins/Van Niekerk's frivolous motion to dismiss shows the consistent bias and prejudice of Judge Yvonne Gonzalez Rogers. RESHMA KAMATH will not file anything for the ORDER-TO-SHOW-CAUSE, and will not appear on November 14, 2023 in-person whatsoever. There is a valid SEC Complaint.

Finally, RESHMA KAMATH will not pay a penny to anyone based on Judge Rogers' North American superiority, racial misogynistic bias and prejudice towards **Indian women such as "MS. KAMATH"**

*///*

DATED: October 12, 2023                LAW OFFICE OF RESHMA KAMATH

/S/ Reshma Kamath
_____
Reshma Kamath,
Counsel for Plaintiffs
PROFITPAY TECHNOLOGIES, INC.;
AND TANMAY KAR



# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On October 12, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**RESHMA KAMATH'S NOTICE TO JUDGE ROGERS**

///

**ELECTRONIC SERVICE**

In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on October 12, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| MICHAEL W. STEBBINS, SBN 138326<br>MARC G. VAN NIEKERK, SBN 201329<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 573-5700<br>Facsimile: (408) 573-5701<br>Email: mws@svlg.com; mvn@svlg.com | Attorneys for Defendants ALINOR HOLDINGS, INC. d/b/a ONRIVA, JAYESH PATEL, DEVESH PATEL, and, VIMAL PATEL |



# PROOF OF SERVICE
### F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On October 12, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**RESHMA KAMATH'S NOTICE TO JUDGE ROGERS**

///

**USPS MAIL SERVICE**

Via United States Mail: I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on October 12, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| VAJID JAFRI,<br>1065 E. HILLSDALE, SUITE 215<br>FOSTER CITY CA 94404<br>United States | Via USPS MAIL SERVICE<br>Defendant, *In propria persona* |
|---|---|

# EXHIBIT A

69. DEFENDANT WILLIAM ALSUP has Hindu phobia, and festers anti-Indian sentiments. This was harbored towards PLAINTFF RESHMA KAMATH in DEFENDANT WILLIAM ALSUP's speech, conduct, and decisions.

70. How is it possible an eight-person diverse jury rules in one way, and DEFENDANT WILLIAM ALSUP sitting on his throne-like bench has a completely different read on the situation. DEFENDANT WILLIAM ALSUP even falsified what was on the court docket at the end of trial saying there was a "motion for sanctions" when he white, female clerk, and a white, female lawyer from the opposing side stood before him.

71. Even when several of the above incidents did not occur in the presence of the jury and have no basis on the substantive decision of the trial – except when PLAINTIFF RESHMA KAMATH was felt up [ it was away from the jury, there was a wall behind plaintiff that a video can prove with the CAMERA PROJECT ], DEFENDANT WILLIAM ALSUP is responsible for any and all of the actions, conduct and omissions that occur in his courtroom.

72. There is an unspoken rule in California courts that is prevalent – when immigrant, non-White women are placed against White, and/or Male attorney, the judicial officers almost always favor the White and/or Male attorney.

73. The White Female is the most coddled attorney for what it is worth getting a *carte blanche* [ no pun intended ] of *tabula rasa* decisions from judges such as DEFENDANT WILLIAM ALSUP. Other judicial officers who have displayed such racial and misogynistic abuse in favor of WHITE LAWYERS, include but are not limited to Judge Jeffrey White, and Judge Yvonne Gonzalez Rogers [ who is married to a Caucasian/White individual].

*DEFENDANT THOMAS HIXSON*

74. In 2022, DEFENDANT THOMAS HIXSON made a grave error via his white female clerk, ROSE MAHER. While he had informed parties telephonically that the mandatory settlement conference in 2023 would be held in-person, his white female clerk repeatedly on the court-docket

12