1

2

3          **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

8    **TANMAY KAR, ET AL.,**                      **Case No.:** 4:23-cv-2064-YGR

9          Plaintiffs,                            **ORDER SUSPENDING BRIEFING ON THE**
                                                  **PREVIOUS ORDER TO SHOW CAUSE;**
10        v.
                                                  **REFERENCE TO STANDING COMMITTEE ON**
11   **JAYESH PATEL, ET AL.,**                    **PROFESSIONAL CONDUCT**

12        Defendants.

13

14        As required under the Federal Rules of Civil Procedure and the Private Securities Litigation

15   Reform Act ("PSLRA"), the Court dismissed plaintiffs' Second Amended Complaint and Ordered

16   Ms. Kamath to Show Cause why she should not be sanctioned under the PSLRA. (Dkt. No. 84.)

17   The Court did not sanction Ms. Kamath. Rather, it outlined the various issues which were of

18   concern and ordered a response.

19        Ms. Kamath responded with a filing advising that she plans to appeal that order (as is her

20   client's right), would not respond to the Court's Order to Show Cause nor pay any sanction

21   imposed, and would be filing a complaint against the undersigned for judicial misconduct based

22   upon racial bias against her. (Dkt. No. 85.) The Court need not recount the language used as the

23   filing speaks for itself. Therein, Ms. Kamath also intimated that she filed a complaint against

24   various other judges in this district.

25        Given Ms. Kamath's conduct and posturing, the Court finds it appropriate to refer this case,

26   as well, to the Standing Committee on Professional Conduct under Local Rule 11-6(a)(1).  Since

27   the Court's appointment to the federal bench in 2011, the undersigned has never felt compelled to

28   make a referral to the Standing Committee. However, in light of unfounded allegations and

United States District Court
Northern District of California

1  apparent unprofessional conduct in the instant case, the Court deems it appropriate for the Standing

2  Committee to have before it all of the relevant matters. Accordingly, the Court will suspend

3  briefing on the order to show cause pending resolution of plaintiff's appeal and the ancillary

4  matters.

5       Because the Court dismissed the operative complaint with prejudice and further briefing is

6  suspended, the Court **ORDERS** the Clerk to close the case.

7       **IT IS SO ORDERED**.

8    Date: **October 16, 2023**

   _____
9       **YVONNE GONZALEZ ROGERS**
        **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2