**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for **Plaintiff PROFITPAY TECHNOLOGIES, INC. & TANMAY KAR**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PROFITPAY TECHNOLOGIES, INC.; a corporation; TANMAY KAR, an individual,<br><br>Plaintiffs<br><br>v.<br><br>ALINOR HOLDINGS, INC. d/b/a ONRIVA, a corporation; JAYESH PATEL, an individual; VIMAL PATEL, an individual; and DOES 1-10, inclusive,<br><br>Defendants | Case Number: 4:23-cv-02064-YGR<br><br>[*Assigned to Honorable District Court Judge Yvonne Gonzalez-Roger*]<br><br>[*Related defendants' state court Santa Clara County, case no. 23CV418087 initiated on June 22, 2023; and, Superior Court of California, County of Alameda, case no., 23CV044134*]<br><br>**RESHMA KAMATH'S REPLY TO THE ORDER DATED OCTOBER 16, 2023**<br><br><br>**DEMAND FOR JURY TRIAL.** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

*PLEASE TAKE NOTICE* that undersigned counsel, RESHMA KAMATH will bring a lawsuit to demonstrate the *gross discretionary abuse* of Judge YVONNE GONZALEZ-ROGERS as such judicial officers that exists in the California Courts. From the outset, Judge YVONNE GONZALEZ-ROGERS has demonstrated animosity towards undersigned counsel, RESHMA KAMATH, and Judge YVONNE GONZALEZ-ROGERS has made it evident that she much favors White attorneys in this case over [ironically] other counsel who're female from minority groups in the legal profession and in the United States. This Order dated October 16, 2023 sent after 11:30 p.m. PT from Judge YVONNE GONZALEZ-ROGERS is not a mere judgment – it is an abuse of discretion. **"Closing the Case" does not prevent Plaintiff and undersigned counsel from APPEALING the decision**. The SEC probe initiated remains valid and legitimate. From the outset of the temporary restraining order that Plaintiff KAR brought via undersigned counsel RESHMA KAMATH with proper notice to all parties with a declaration *re* notice and an amended notice/re-notice, Judge YVONNE GONZALEZ-ROGERS has demonstrated that she **cannot remain neutral, fair and impartial** as the Code requires her to be. Judge YVONNE GONZALEZ-ROGERS could **not even offer oral argument** to undersigned counsel for a **crucial motion to dismiss and a pled-SECURITIES & INVESTMENT FRAUD** cause of action that is a serious matter for any and all parties. Judge YVONNE GONZALEZ-ROGERS was prepared to have an in-person argument hearing for an order-to-show-cause only to mock, reprimand and admonish

undersigned counsel, RESHMA KAMATH under Fed. *Rul. Civ. Proc. Rule* 11. Undersigned counsel, RESHMA KAMATH still remembers defendants' attorneys' argument during that one status hearing as "**NONSENSE**" with no basis in code and/or law. Surprisingly, yet another White/Caucasian attorney has used this homogenous term not grounded in code, factual and/or law to describe substantive argument. Undersigned counsel, RESHMA KAMATH would have thought that Judge YVONNE GONZALEZ-ROGERS would be more empathetic having maybe undergone such similar experiences [even when Judge belongs to the majority faction of the nation-state of California/American society]. However, it seems judicial officers become immune to their own biases and prejudices toward minority counsel from backgrounds other than their own. Judge YVONNE GONZALEZ-ROGERS can mimic other judicial officers in this Northern District to refer this matter to any Committee. Yet, this is an excellent opportunity for that professional standing Committee to review those judicial officers' conduct and omissions in the face of proper, professional conduct from minority female undersigned counsel.

///

DATED: October 16, 2023          LAW OFFICE OF RESHMA KAMATH

*/S/ Reshma Kamath*
_____
Reshma Kamath,
Counsel for Plaintiffs
PROFITPAY TECHNOLOGIES, INC.;
AND TANMAY KAR

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On October 16, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**RESHMA KAMATH'S REPLY TO THE ORDER DATED OCTOBER 16, 2023**

///

**ELECTRONIC SERVICE**

In electronically transmitting courtesy copies of the document (s) listed above to the email-address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6.]

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on October 16, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| MICHAEL W. STEBBINS, SBN 138326<br>MARC G. VAN NIEKERK, SBN 201329<br>SILICON VALLEY LAW GROUP<br>1 North Market Street, Suite 200<br>San Jose, CA 95110<br>Telephone: (408) 573-5700<br>Facsimile: (408) 573-5701<br>Email: mws@svlg.com; mvn@svlg.com | Attorneys for Defendants ALINOR HOLDINGS, INC. d/b/a ONRIVA, JAYESH PATEL, DEVESH PATEL, and, VIMAL PATEL |

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and for purposes of the service e-mail address is reshmakamath2021@gmail.com for electronic service. On October 16, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**RESHMA KAMATH'S REPLY TO THE ORDER DATED OCTOBER 16, 2023**

///

**USPS MAIL SERVICE**

Via United States Mail: I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on October 16, 2023.

*/s/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

| VAJID JAFRI,<br>1065 E. HILLSDALE, SUITE 215<br>FOSTER CITY CA 94404<br>United States | Via USPS MAIL SERVICE<br>Defendant, *In propria persona* |
|---|---|

